IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Becki Ruth Maas | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. _____ |
| vs. | ) | |
| | ) | |
| THE BANK OF NEW | ) | AFFIDAVIT OF TRUTH CLAIM FOR |
| YORK MELLON | ) | UNLIMITED CIVIL ACTION, NOTICE |
| | ) | OF RIGHTS, AFFIRMATION BY |
| JP MORGAN CHASE | ) | NOTARY PUBLIC. |
| BANK NA | ) | |
| | ) | |
| DEFENDANTS, | ) | |
| _____ | ) | |

## INTRODUCTION

1. In an era where financial transparency is not just expected but mandated by law, Defendants The Bank of New York Mellon and J.P. Morgan Chase Bank, N.A., have engaged in a systematic pattern of obfuscation and deceit. This action is brought forth to rectify the substantial and egregious violations of the Truth in Lending Act (15 U.S.C. § 1601 et seq.), the Fair Debt Collection Practices Act (15 U.S.C. § 1692), Uniform Commercial Code, Breach of Trust, Breach of Contract, Deceptive Business Practices, Unjust Enrichment, Misappropriation of Funds, Securities Fraud and other applicable laws and statutes and pertinent case law established to protect consumers from exactly the type of financial malpractice exhibited by the Defendants. In this action, Plaintiff Becki Ruth Maas seeks to hold Defendants accountable for their actions which have not only violated the sacred trust between lender and borrower, but have also resulted in substantial financial and emotional damages to the Plaintiff.

**JURISDICTION AND VENUE**

2. Jurisdiction is proper in this Court under 28 U.S.C. § 1331 as this action involves a federal question. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claim occurred in this district.

**PARTIES**

3. Plaintiff Becki Ruth Maas is a natural individual woman who can receive notice and other court papers at: in care of 4522 W. Village Drive, Tampa, Florida 33624.

4. Defendant The Bank of New York Mellon is a financial institution conducting business within this district.

5. Defendant J.P. Morgan Chase Bank, N.A. is a financial institution conducting business within this district.

**STATEMENT OF FACTS**

6. Plaintiff entered into a real estate contract with Defendants wherein Defendants failed to provide all necessary disclosures required by TILA, engaging in deceptive business practices and breach of contract.

7. Defendants have further violated Plaintiff's rights under the UCC 3-604 by hindering Plaintiff's ability to rescind the contract upon discovery of fraud and non-disclosure.

**CAUSES OF ACTION**

8. Breach of Trust and Contract (violation of TILA): Defendants have breached the covenant of good faith and fair dealing through non-disclosure of the critical information, a right explicitly protected under TILA, as demonstrated in the landmark case of **Jesinoski v. Countrywide Home Loans, Inc., 574 U.S. 259 (2015)**, which upheld the right of borrows to rescind transactions for non-disclosure.

9. Violation of the Truth in Lending Act: Defendants failed to accurately disclose all terms of the lending agreement, a direct violation of TILA.

10. Breach of Contract: Defendants have not upheld their contractual obligations, leading to a breach of trust and contract.

11. Unjust Enrichment: Defendants have been unjustly enriched at the expense of the Plaintiff through misappropriation of funds and deceptive practices.

12. Fair Debt Collection Practices Act Violation: Defendants have engaged in practices that violate the FDCPA by employing unfair debt collection practices.

13. The Securities Act of 1933: This law requires the registration of most securities offerings with the Securities and Exchange Commission (SEC). The registration process helps to ensure that investors have access to accurate information about the securities they are considering buying.

14. The Securities Exchange Act of 1934: This law regulates the trading of securities on exchanges and over-the-counter markets. It also requires brokers-dealers to register with the SEC and to comply with certain business conduct standards.

15. Section 5(a) of the Securities Act of 1933: This section prohibits the sale of unregistered securities unless an exemption is available.

16. Rule 10b-5 of the Securities Exchange Act of 1934: This rule prohibits fraudulent practices in connection with the purchase or sale of securities.

17. Section 17(a) of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934: These sections prohibit brokers-dealers from making false or misleading statements to clients.

**DAMAGES**

18. As a direct and proximate result of the Defendants' unlawful conduct, Plaintiff has suffered significant damages, including emotional distress, financial loss, and an encumbrance upon her life, liberty, and pursuit of happiness.

**DEMAND FOR RELIEF**

WHEREFORE, Plaintiff Becki Ruth Maas respectfully demands judgment against Defendants, The Bank of New York Mellon and J.P. Morgan Chase Bank, N.A., as follows:

a. For compensatory damages in the amount of $100,000,000;

b. For punitive damages in an amount to be determined at trial;

c. For declaratory relief declaring Defendants' conduct unlawful;

d. For injunctive relief prohibiting Defendants from continuing their unlawful practices;

e. For costs of suit and attorney fees; and

f. For such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

DATED this 20 day of November, 2023.

*Becki Maas, as Authorized Representative for BECKI RUTH MAAS.*

Becki Maas

Plaintiff

## ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF FLORIDA

HILLSBOROUGH COUNTY

Before me, a Notary Public in and for said County and State, personally appeared BECKI RUTH MAAS, who acknowledged the execution of the foregoing statements, and who, having been duly sworn, acknowledged to me that as a free and voluntary act and deed, executed said instrument for the uses and purposes set forth within this document.

Witness my hand and Notarial Seal this 20th day of November, 2023.

My Commission Expires: October 29, 2025

Notary Public for the State of FLORIDA

HILLSBOROUGH County

KELLI MARIE PERRY
MY COMMISSION # HH 188405
EXPIRES: October 29, 2025

# NOTICE

To Whom It May Concern,

    I, the undersigned, do hereby attest to possessing full knowledge and understanding of the Bill of Rights, my civil rights, constitutional rights, and natural rights as a man. This document serves as Irrefutable evidence of my awareness of said rights. Furthermore, I hereby declare any and all contracts that pertain to me to be null and void, including any that may have unintentionally waived or surrendered my rights, or in any way compromised my status, due to lack of full disclosure, clean hands, good faith, and fair business practices.

    I acknowledge my full responsibility and liability as the Grantor and Beneficiary of any and all of my legal proceedings, whether they be legal, lawful, unlawful, or civil. I demand that no person or entity presume or treat me as anything other than what I officially declare myself to be. It is hereby required that any person, corporation, organization, or government agency that violates any of these rights shall be held accountable and obligated to pay me in the monetary amount that I deem necessary.

    You are hereby mandated to inform all of your superiors and subordinates who may have future interactions with me or my person. Should there be any uncertainties or misunderstandings regarding this document, you are responsible for seeking legal counsel from a superior officer, special prosecutor, federal judge, or other competent legal counsel to explain the significance of this document as per your duties and obligations in respect to this private formal instrument. Please do not hesitate to contact my Power Of Attorney Robert Allen with any questions, comments, or concerns within 21 days of receipt of this document. Acquiescence is required. I hereby testify under oath in the presence of God and Men that this document is binding and unbreakable.

DATED this __22__ day of __November__ 2023.

_Becki Maas, as authorized representative for BECKI RUTH MAAS_

Sincerely,

Becki Maas

## ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF Florida

Hillsborough County

Before me, a Notary Public in and for said County and State, personally appeared Becki Moas, who acknowledged the execution of the foregoing statements, and who, having been duly sworn, acknowledged to me that as a free and voluntary act and deed, executed said instrument for the uses and purposes set forth within this document.

Witness my hand and Notarial Seal this 22 day of November, 2023.

My Commission Expires: 11/3/26

MISTY COURTNEY
Notary Public - State of Florida
Commission # HH 323029
My Comm. Expires Nov 3, 2026

Notary Public for the State of Florida

Hillsborough County

CHALLENGE TO THE 12 PRESUMPTIONS OF LAW
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Becki Maas,

Plaintiff,

vs.

THE NEW YORK BANK OF MELLON

&

JP MORGAN CHASE BANK NA,

DEFENDANT,

# FORMAL CHALLENGE TO PRESUMPTIONS

The Plaintiff, Becki Maas, hereby formally challenges the following presumptions and demands evidentiary proof for each:

**1. Presumption of Regularity:** Becki Maas had the right to presume that the mortgage documents were executed and processed in compliance with all applicable laws and regulations.

**2. Presumption of Trustworthiness:** Becki Maas had the right to trust that the signatures of officers on her mortgage documents were genuine and not forged, as is normally expected in such transactions.

**3. Presumption of Accurate Recording:** Becki Maas had the right to assume that all documents related to her mortgage were accurately recorded in the appropriate county records without any fraudulent alteration.

**4. Presumption of Clear Title:** Becki Maas had the right to presume that the title to her property was clear and unencumbered by any improper lien or claim as a result of the defendants' actions.

**5. Presumption of Complete Disclosure:** Becki Maas had the right to presume full disclosure of any actions taken by the defendants that would affect her mortgage or property rights, including any securitization of her mortgage note.

**6. Presumption of Due Diligence:** Becki Maas had the right to expect that the defendants conducted due diligence and did not negligently or intentionally involve her in a mortgage with a defective chain of title.

**7. Presumption of Informed Consent:** Becki Maas had the right to presume that her consent to the mortgage and related transactions was obtained with full and complete information, free from any deceit or non-disclosure.

**8. Presumption of Valid Notarization:** Becki Maas had the right to presume that the notarization of her mortgage documents was conducted in the presence of the signatories by a duly authorized notary public.

**9. Presumption of Harm from Violations:** Becki Maas can presume that any violation of laws such as TILA, FDCPA, and UCC by the defendants caused her direct harm, warranting compensation.

**10. Presumption of Fraudulent Intent:** Given the discrepancies in documentation, Becki Maas may presume that there was fraudulent intent behind the variations in signatures and notary seals, impacting the validity of the mortgage process.

**11. Presumption of Corrective Relief:** Becki Maas is entitled to presume that the courts will provide relief, including the remedy of quiet title if necessary, to correct any defects

caused by the defendants' actions.

**12. Presumption of Entitlement to Statutory Damages:** Becki Maas is entitled to presume that where statutory violations are found, such as those under TILA or FDCPA, she is entitled to statutory damages as provided by the respective acts.

The Plaintiff, Becki Maas demands that the Defendant, THE BANK OF NEW YORK MELLON & JP MORGAN CHASE BANK NA provide concrete evidence and legal basis for each presumption. Any failure to do so should result in the dismissal of the associated presumption.

DATED this __1__ day of _December_, 2023.

_Becki R. Maas_

Becki Maas

Plaintiff

## ACKNOWLEDGMENT OF NOTARY PUBLIC

STATE OF _Florida_

_Hillsborough_ COUNTY

Before me, a Notary Public in and for said County and State, personally appeared _Becki R. Maas_ who acknowledged the execution of the foregoing statements, and who, having been duly sworn, acknowledged to me that as a free and voluntary act and deed, executed said instrument for the uses and purposes set forth within this document.

Witness my hand and Notarial Seal this __1st__ day of __December__, 2023.

My Commission Expires: __4/10/2025__

_____
Notary Public for the State of __Florida__

__Hillsborough__ County

KENDRA FALASCA
Notary Public - State of Florida
Commission # HH 93021
My Comm. Expires Apr 10, 2025

Becki Maas
4522 W. Village Dr. pmb #154
Tampa, FL 33624

Date: December 1, 2023

Elizabeth Warren
Office of the Clerk
United States District Court
Middle District Court of Florida
801 North Florida Avenue,
Tampa, FL 33602

**Re: Unlimited Civil Action Filing by Becki Maas against THE BANK OF NEW YORK MELLON and JP MORGAN CHASE BANK NA,**

Dear Elizabeth Warren,

    I, Becki Maas, come before the court to officially notify the Middle District Court of Florida to file a claim for unlimited civil action against THE BANK OF NEW YORK MELLON and JP MORGAN CHASE BANK NA. My rights have been violated and infringed upon, leading to pain, incarceration, suffering, embarrassment and financial distress among other things. I trust the court to ensure that justice is meted out appropriately.

**INSTRUCTIONS FOR FILING THE DOCUMENT**

**1. Official Commencement:** Please find enclosed the Claim for an unlimited civil action lawsuit titled Becki Maas v. THE BANK OF NEW YORK MELLON and JP MORGAN CHASE BANK NA., along with the supporting documents for this court.

**2. Enclosures:** The enclosed claim has been duly prepared and vetted for legal sufficiency, ensuring compliance with the relevant statutes, case law, and procedural rules. This submission seeks to address the unconstitutional and unlawful actions taken against Becki Maas, which resulted in the violation of her fundamental rights as protected by the Constitution of the United States.

**3. Service of Process:** Once the lawsuit is officially accepted and filed, I request the court to issue summonses for THE BANK OF NEW YORK MELLON and JP MORGAN CHASE BANK NA. Kindly ensure they receive copies of my lawsuit documents or send service documents for service of summons.

**4. Case Number:** Kindly assign a new case number for this claim and confirm the same by USPS at your earliest convenience.

**5. Time stamp:** Ensure that each page of the document receives a time and date stamp upon receipt. Notification: Once the document is filed, please notify me via USPS, confirming the successful completion of the process, along with service documents.

**6. Special Requests:** Due to the nature of the case, I request the court to handle all related documents with confidentiality, especially those containing sensitive information about Becki Maas. My safety and privacy are of utmost concern.

**7. Fee Waiver:** I am requesting a waiver of all court fees associated with this lawsuit. I kindly ask the court to review the provided case law to grant this request, ensuring a speedy and fair process regardless of my financial constraints, hardship and unforeseen circumstances surrounding this case.

"Living as we do under a common government, charged with the great concerns of the whole Union, every citizen of the United States from the most remote states or territories, is entitled to free access not only to the principal departments established at Washington, but also its judicial tribunals and public offices in every state in the Union."

Crandall v. Nevada, 6 Wall 35.

"Plaintiff(s) should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief." Hale v. Henkel 20130 U.S. 43

**8. Swift Resolution:** Please expedite the fee waiver process so as not to delay the filing and the subsequent proceedings as the court is aware of the above case law.
The relief sought is detailed within the enclosed documents and serves to rectify the imbalances and injustices faced by Becki Maas due to the actions of the THE BANK OF NEW YORK MELLON and JP MORGAN CHASE BANK NA.

**9. Notification:** Notify me as soon as a decision on the fee waiver has been made via USPS and please send the service documents also via USPS.

Please process the enclosed claim and motion for inclusion in the court's docket and notify my office upon completion of the said task. Should you require any additional information or clarification, do not hesitate to contact Becki Maas.

Thank you for your attention to this matter. This matter is of grave concern, requiring swift and meticulous handling. Your immediate attention to this matter will be most appreciated. Should there be any questions or further clarifications required, please do not hesitate to contact me via USPS.

DATED this ___1___ day of ___December___, 2023.

*Becki Maas*

Becki Maas

Enclosures:

- Claim for an unlimited civil action lawsuit.
- Notice of Rights
- 12 Presumptions of Law
- Forma Pauperis