**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BECKI RUTH MAAS,

      Plaintiff,

              CASE NO. 8:23-cv-02706

v.

THE BANK OF NEW YORK MELLON; JPMORGAN CHASE BANK, N.A.,

      Defendants.
_____/

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S**
**MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO**
**COMPLAINT WITH INCORPORATED MEMORANDUM OF LAW**

Defendant JPMORGAN CHASE BANK, N.A. ("Chase"), pursuant to Fed. R. Civ. P. 6, respectfully moves this Honorable Court for an enlargement of time to file its response to the Complaint [Dkt. No. 01] in this matter by Monday, February 5, 2024. In support thereof, Chase states as follows:

Plaintiff BECKI RUTH MAAS ("Plaintiff") commenced this lawsuit on December 2, 2023 [Dkt. No. 1]. Chase's current deadline to file a response to the Complaint is January 5, 2024. Chase received the Complaint just before the holiday season commenced, and the undersigned was recently retained to defend Chase's interests in this action. Plaintiff's allegations in the Complaint are still being investigated and Chase respectfully requests a brief, 30-day

extension of time to prepare and file its response to the Complaint by Monday, February 5, 2024.

## MEMORANDUM OF LAW

"When an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1).

The brief extension sought herein is requested in good faith and not to cause undue delay in these proceedings. This is a newly filed case, and it is not set for trial. As a result, granting the requested extension would not prejudice any party to this action.

**WHEREFORE**, Defendant JPMORGAN CHASE BANK, N.A. respectfully moves this Honorable Court for the entry of an order:

i) Granting Chase's Motion; and

ii) Extending Chase's deadline to respond to the Complaint in this matter through and including Monday, February 5, 2024;

along with such other relief deemed just and proper under the circumstances.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel has attempted to reach the pro se Plaintiff, BECKI RUTH MAAS, by phone regarding the relief sought herein. Plaintiff has not answered, but a message was left on Plaintiff's voicemail.  As of the time of filing, the undersigned has been unable to reach the pro se Plaintiff regarding the extension relief sought, so it is unknown as to whether the extension sought herein is opposed.

Dated this 5th day of January, 2024.

        Respectfully submitted,

        **NELSON MULLINS RILEY & SCARBOROUGH, LLP**
        *Counsel for JPMorgan Chase Bank, N.A.*
        100 S.E. 3rd Avenue, Suite 2700
        Fort Lauderdale, Florida 33394
        P:  954-764-7060  |  F:  954-764-8135

        By:    */s/ Rebecca A. Rodriguez*
                  **Rebecca A. Rodriguez, Esq.**
                  Florida Bar No. 104805
                  Rebecca.Rodriguez@nelsonmullins.com
                  Jenny.Sica@nelsonmullins.com

## CERTIFICATE OF SERVICE

I CERTIFY THAT on January 5, 2024, a true and correct copy of the foregoing was served on all parties listed in the attached service list.

By: /s/ Rebecca A. Rodriguez
**Rebecca A. Rodriguez, Esq.**
Florida Bar No. 104805

## SERVICE LIST

**BECKI RUTH MAAS**
*Pro Se Plaintiff*
4522 W. Village Dr.
Tampa, FL 33624
***Via Regular U.S. Mail*