IN THE UNITED STATES DISTRICT COURT,

FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Becki Ruth Maas | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 8:23-cv-02706-TPB-AEP |
| vs. | ) | |
| | ) | |
| THE BANK OF NEW | ) | NOTICE OF LIS PENDENS |
| YORK MELLON | ) | |
| JP MORGAN CHASE | ) | |
| BANK NA | ) | |
| | ) | |
| DEFENDANTS, | ) | |
| | ) | |

TO: THE DEFENDANT: THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUC-TURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9, JP MORGAN CHASE AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE NOTIFIED OF THE FOLLOWING:

The Plaintiff, Becki Ruth Maas, provides notice of this lawsuit naming the above defendant as a party to the suit in this instant Case No: 8:23-cv-02706-TPB-AEP, IN THE UNITED STATES DISTRICT COURT, FOR THE MIDDLE DISTRICT OF FLORIDA. Filed: 12/02/2023.

The Defendant, BECKI R. MAAS for Case No: 12-CA-007544, IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY GENERAL CIVIL DIVISION, provides notice that she challenges the following instruments pursuant to Fla. Stat. §817.535(8) and §865.09(3)(a), which affect the following property:

PROPERTY DESCRIPTION
LOT 20, BLOCK 3, CARROLLWOOD SUBDIVISION UNIT NO.1. ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 35, PAGE 40, OF THE PUBLIC RECORDS OF HILLS-BOROUGH COUNTY, FLORIDA.
Property address : 10609 CARROLWOOD DR., TAMPA, FL 33618

INSTRUMENTS BEING CHALLENGED

ASSIGNMENT OF MORTGAGE: Recorded on January 13, 2010; Instrument ID number 2010015593, BK: 19668 PG: 1842 PGS: 1842-1842 of the Official Records in Hillsborough County, Florida.

UNIFORM FINAL JUDGMENT OF FORECLOSURE (Effective March 2, 2015): Recorded on December 14, 2023; Instrument ID number: 2023564594, of the Official Records in Hillsborough County, Florida. (Melissa M. Polo, Judge)

CERTIFICATE OF SALE: Filing #189913274; E-Filed 01/17/2024, Darryl Khadaroo, AS DEPUTY CLERK for CINDY STUART CLERK OF THE COURT.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via e-mail to all interested parties via the Florida E-Portal this 17th day of January, 2024.

All rights reserved and preserved;

*Becki Maas*

Authorized Representative for BECKI RUTH MAAS.
℅ 27251 Wesley Chapel Boulevard #315
Wesley Chapel, Florida near [33544-9998]

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION**

|  |  |
|---|---|
| **THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9,** | **Case No. 12-CA-007544** |
| **Plaintiff,** | **AFFIDAVIT OF PRIVATE INVESTIGATOR - WILLIAM J. PAATALO** |
| **v.** |  |
| **BECKI MAAS, et. al.,** |  |
| **Defendants.** |  |

STATE OF MONTANA

COUNTY OF FLATHEAD

BEFORE ME this day personally appeared William J. Paatalo, who, being first duly sworn and taking an oath, hereby certify as follows:

1.    I am an Oregon licensed private investigator under ORS 703.430 and have met the necessary requirements under ORS 703.415. My Oregon PSID number is 49411.

2.    I am over the age of eighteen years, am of sound mind, having never been convicted of a felony or a crime or moral turpitude. I am competent in all respects to make this Affidavit. I have personal knowledge of the matters declared herein, and if called to testify, I could and would competently testify thereto.

1. Affidavit of Private Investigator – William J. Paatalo

3.     I have 17 years combined experience in law enforcement and the mortgage industry, as well as ten years as a private investigator.  My Resume ("CV") is attached as "**Exhibit 1**."

4.     I have worked exclusively over the last 13– years, and have spent more than 15,000 hours conducting investigatory research and interviews related to mortgage securitization and chain of title analyses. Typically, my investigations are at the request of homeowners or their counsel with the objective of determining whether there are facts that corroborate both the actual assertions and implied statements contained in various documents that purport to transfer, deliver, or otherwise imply possession or ownership of a debt, note or mortgage (deed of trust in nonjudicial states).

5.     I have performed such analyses for residential real estate located in many states, including, but not limited to Washington, Oregon, California, Arizona, Nevada, Florida, Ohio, Montana, New Jersey, and several others.

6.     As of this date, I have conducted more than 1,200 investigations in this area.

7.     Because of my education and experience I am familiar with and have sufficient training and expertise to qualify as an expert, and I have testified as an expert and/or expert "fact witness" in state and federal judicial proceedings in various jurisdictions throughout the United States.

8.     My specific areas of expertise that have been deemed qualified by the courts are as follows:

•     Knowledge of the "Pooling & Servicing Agreements" and various Securities & Exchange Commission (SEC) filings associated with mortgage-backed securitized trusts.

•     Specific language in the PSA's and Prospectus / Prospectus Supplements involving securitization participants, key dates, "Servicer Advances,"

2. Affidavit of Private Investigator – William J. Paatalo

sources of third-party payments, and transfer and conveyancing requirements to name a few.

• Knowledge and use of ABSNet / MBSData and the interpretation of its internal accounting data showing "advance payments" made to the certificate holders / investors, as well as other information specific to accounting, chain of title, and other aspects of securitization.

• Chain of Title analyzes based upon publicly recorded documents, documents produced in discovery, and documents attached as exhibits to foreclosure complaints. Documents typically included mortgages, deeds of trust, assignment, notes, and allonges; in addition to documents filed under penalty of perjury with the SEC.

9. I was retained by the Defendant in this matter to review the complaint and Plaintiff's assertions that it holds the original Note via an assignment with rights to enforce the remedy of foreclosure.

10. Defendant has been representing herself pro se. From experience, homeowners acting pro se become justifiably confused, and not aware of their rights, by virtue of the actions of supposed mortgagees and beneficiaries who have no rights at all, or debt collectors posing as "servicers" who act contrary to law.

11. Sometimes, in my experience, these violations and document "irregularities" are viewed as being hyper-technical, and the homeowners' complaints are deemed dilatory or insincere by the courts. But sometimes (as here) the Plaintiff filed this foreclosure action, and has maintained this action for nearly 12-years, in apparent violation of FL Statute 865.09(3)(a) whereby the named lender on the subject Mortgage failed to register the fictitious business name "Nations Home Lending Center."

12. The subject Mortgage was originated on or about August 5, 2005 with the named lender "4UDirect, Inc. D/B/A Nations Home Lending Center, a Florida Corporation." I ran a check of both business names individually, "4UDirect, Inc."

3. Affidavit of Private Investigator – William J. Paatalo

and "Nations Home Lending Center" with the Florida Division of Corporations official governmental website www.sunbiz.org. "4UDirect, Inc." was registered on July 9, 1999 with its status showing "inactive – pending reinstatement" as of January 29, 2016 (**Exhibit 2**). The records show this entity has never been formally reinstated in the State of Florida. It is curious that this entity attempted to reinstate in 2016 during the pendency of this action but never followed through.

13.  I ran the entity name "Nations Home Lending Center" in the "Fictitious Name" search tool and the "Entity Name" search tool which revealed no registration of this business name (**Exhibit 3**). In addition, attached as **Exhibit 4** are the historical filings by "4UDirect, Inc." with the State of Florida showing no registration or request for the use of the fictitious business name "Nations Home Lending Center."

14.  It appears from my research that the Florida statutes regarding fictitious business entities in 2005 was essentially the same as it exists currently:

**865.09   Fictitious name registration.**—

(1)   SHORT TITLE.—This section may be cited as the "Fictitious Name Act."

(2)   DEFINITIONS.—As used in this section, the term:

(a)   "Business" means any enterprise or venture in which a person sells, buys, exchanges, barters, deals, or represents the dealing in any thing or article of value, or renders services for compensation.

(b)   "Division" means the Division of Corporations of the Department of State.

(c)   "Fictitious name" means any name under which a person transacts business in this state, other than the person's legal name.

(d)   "Registrant" means a person who registers a fictitious name with the division.

(3)   REGISTRATION.—

(a)   A person may not engage in business under a fictitious name unless the person first registers the name with the division by filing a registration listing:

1.   The name to be registered.

2.   The mailing address of the business.

3.   The name and address of each registrant.

4. Affidavit of Private Investigator – William J. Paatalo

5.   Certification by at least one registrant that the intention to register such fictitious name has been advertised at least once in a newspaper as defined in chapter 50 in the county in which the principal place of business of the registrant is or will be located.

6.   Any other information the division may reasonably deem necessary to adequately inform other governmental agencies and the public as to the registrant so conducting business.

(b)   Such registration shall be accompanied by the applicable processing fees and any other taxes or penalties owed to the state.

(9)   PENALTIES.—

(a)   If a business fails to comply with this section, neither the business nor the person or persons engaging in the business may maintain any action, suit, or proceeding in any court of this state with respect to or on behalf of such business until this section is complied with. An action, suit, or proceeding may not be maintained in any court of this state by any successor or assignee of such business on any right, claim, or demand arising out of the transaction of business by such business in this state until this section has been complied with.

(c)   Any person who fails to comply with this section commits a noncriminal violation as defined in s. 775.08, punishable as provided in s. 775.083.

15.   Plaintiff claims to be the assignee of the subject Mortgage and Note by virtue of an assignment executed on December 17, 2009 from "*Mortgage Electronic Registration Systems, Inc. as nominee for 4UDirect, Inc. d/b/a Nations Home Lending Center*." (*Compl. Ex.C*). Hence, it appears that the Plaintiff, as assignee of the illegal entity "4UDirect, Inc. d/b/a Nations Home Lending Center" has filed and maintained this action in violation of Florida law.

**Further affiant sayeth not.**

By: _____
William J. Paatalo

5. Affidavit of Private Investigator – William J. Paatalo

1    SWORN TO AND SUBSCRIBED before me on this 13th day of
     January 2024 by William J. Paatalo, who produced the following
2    identification: ___Driver  License_____ and who took an oath.

3

4    My commission expires:    9-21-26    Notary Public – State of Montana

5

6    JAMIE SIMPSON
     NOTARY PUBLIC for the
7    State of Montana
     Residing at Whitefish, MT
     My Commission Expires
8    September 21, 2026

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

6. Affidavit of Private Investigator – William J. Paatalo

Exhibit 1

# William J. Paatalo

476 Labrie Drive
Whitefish, MT 59937
Office: 1-(888)-582-0961
bill.bpia@gmail.com

## Curriculum Vitae

William Paatalo has been a licensed private investigator since September of 2009. He has 17 years combined experience in both law enforcement and the mortgage industry which he has utilized to become a leading expert in the areas of chain of title analyses and securitization. He was a police officer with the St. Paul, Minnesota Police Department from 1990-1996 where he was assigned "Field Training Officer" duties in only his second year on the job and received multiple commendations.

Mr. Paatalo worked in the mortgage industry as a "loan officer" with Conseco Home Finance from 1999 – 2000, followed by two years of being a branch manager for multiple mortgage brokering firms. From 2002 – 2008, he became the President of Midwestern Mortgage, LLC f/k/a Wissota Mortgage, LLC in Wisconsin and Minnesota. As President of Wissota Mortgage, LLC, Mr. Paatalo was responsible for overseeing the origination, processing, and underwriting of mortgage loans, as well as managing a staff of 17 employees.

Mr. Paatalo has worked exclusively since 2010 investigating foreclosure fraud, chain of title, the securitization of residential and commercial mortgage loans, and accounting issues relevant to alleged "defaults, and has spent more than 15,000 hours conducting investigatory research specifically related to mortgage securitization and chain of title analysis. He has performed such analyses for residential real estate located in many states, including but not limited to, Washington, Oregon, California, Nevada, Florida, Montana, Texas, Arizona, Ohio, New Jersey, and several other states. To date, Mr. Paatalo has conducted more than 1,200 investigations across the U.S. and has provided written expert testimony in the form of affidavits and declarations in approximately 300 -350 cases nationwide.  Mr. Paatalo has been qualified in both state and federal courts as an expert, and personally appeared and testified at trial in the cases

1. CV – William J. Paatalo

outlined below. This experience has led to Mr. Paatalo becoming one of the leading national experts in this field.

Mr. Paatalo's specific areas of expertise allowed by the courts in the cases referenced below are as follows:

- Knowledge of the "Pooling & Servicing Agreements" and various Securities & Exchange Commission (SEC) filings associated with mortgage-backed securitized trusts.
- Specific language in the PSA's and Prospectus / Prospectus Supplements involving securitization participants, key dates, "Servicer Advances," sources of third-party payments, and transfer and conveyancing requirements to name a few.
- Knowledge and use of the Bloomberg Terminal, ABSNet, MBSData and the interpretation of its internal accounting data showing "advance payments" made to the certificateholders / investors, as well as other information specific to accounting, chain of title, and other aspects of securitization.
- Chain of Title analyses based upon publicly recorded documents, documents produced in discovery, and documents attached as exhibits to foreclosure complaints. Documents typically include mortgages, deeds of trust, assignments, notes, and allonges; in addition to documents filed under penalty of perjury with the SEC.

## Relevant Experience:

- Police Officer / "Field Training Officer" – St. Paul, MN 1990-1996.
- Oregon licensed private investigator under ORS 703.430, and has met the necessary requirements under ORS 703.415. To obtain his PI license, Mr. Paatalo met the requirement of 5,000 hours of investigation experience in the law enforcement field and passed a thorough background investigation and criminal history check.
- Member of the "Oregon Association of Licensed Investigators" (OALI.)
- President of Midwestern Mortgage, LLC f/k/a Wissota Mortgage, LLC in Wisconsin and Minnesota from 2002 – 2008.

## Achievements:

- "2013 - Fraud Investigator of the Year" – "The Foreclosure Hour with Gary Dubin" – KHVH – AM, Honolulu, HI.
- Guest Speaker "Illinois Association of Foreclosure Defense Attorneys" – February 20, 2017. ([http://www.afdaillinois.org/](http://www.afdaillinois.org/))
- Presenter in the March 2018 webinar titled "Mastering Discovery And Evidence In Foreclosure Defense" sponsored by Neil Garfield, Esq., The Garfield Firm, and GTC Honors, LLC.
- Co-Authored eBook titled "Table-Funding And Securitization Go Hand In Hand" – December 2015.

## Education:

A.A.S. – Law Enforcement – Normandale C.C., Bloomington, MN – 1986
University of North Alabama, Florence, AL 1986-1987 – Marketing Public Relations
Marketing Management Certificate – Concordia University, St. Paul, MN 2001

## Expert Testimony (Trial):

### FEDERAL CASES

#### MONTANA

*Robert T. Fanning, Debtor – U.S. Bankruptcy Court, District of Montana – BK Case No. 10-61660*

#### CALIFORNIA

*Rivera v. Deutsche Bank National Trust Company, U.S. BK Court, Northern CA – Oakland – Case No. 14-54193-MEH-13.*

#### WASHINGTON D.C.

*Quinteros v. National Home Investors, et.al.,U.S.BK Court, D.C., Case No. 19-00195-SMT.*

## OREGON

*Brent Evan Webster aka Webster Technologies, Debtor – U.S. Bankruptcy Court, District of Oregon, Case No. 19-34090-pcm13*

*Medford, LLC, Debtor – U.S. Bankruptcy Court, District of Oregon, Case No. 23-30153-pcm11*

## **STATE CASES**

## CALIFORNIA

*Dang v. HSI Asset Securitization Trust 2006-OPT1, Mortgage-Pass-Through Certificates, Series 2006-OPT1, California Superior Court, County of Alameda, Case No. RG14743930*

*Koeppel v. Central Pacific Mortgage, California Superior Court, County of Monterey, Case No. M133160.*

*PennyMac Holdings, LLC v. Mario Carini, et. al., California Superior Court, County of San Diego, Case No. 37-2017-00039675-CL-UD-CTL.*

## CONNECTICUT

*JPMorgan Chase Bank, N.A. v. Geronimos et. al., Connecticut Superior Court, Stamford/Norwalk, Case No.FST-CV13-6017139-S*

## FLORIDA

*U.S. Bank as Trustee for WMALT 2006-AR5 v. Paul Landers, et al., 20th Judicial Circuit for Lee County, FL Case No.: 14-CA-051647*

*Bank of America, N.A. v. Jorge A. Castro, et al., 17th Judicial Circuit for Broward County, FL Case No.: 12-06339-11*

*U.S. Bank Trust NA as Trustee for LSF9 Master Participation Trust v. James K. Murphy, et al., 15th Judicial Circuit for Palm Beach County, FL Case No.: 50-2017-CA-012236-XXXX-MB*

*Deutsche Bank National Trust Co. v. Mervilus, et al., 17th Judicial Circuit for Broward County, FL Case No.: CACE-18-006661*

*Wilmington Savings Fund Society v. LeBlanc, 20th Judicial Circuit for Charlotte County, FL Case No. 16-CA-1380*

**OHIO**

*Washington Mutual Bank fka Washington Mutual Bank, F.A. v. Jon A. Smetana, et al.,In The Court of Common Pleas, Cuyahoga County, Ohio Case No.CV-08-652392*

**OREGON**

*U.S. Bank, N.A.as Trustee v. Natache D. Rinegard-Guirma, et al. - Circuit Court For The State Of Oregon, County Of Multnomah - Case No. 1112-16030*

*Dysinger v. Wilmington Savings Fund society, FSB, et al. - Circuit Court For The State Of Oregon, County Of Multnomah - Case No. 22CV31688*

*Wilmington Trust, N.A. successor Trustee to Citibank, NA, as Trustee for the Bear Stearns Asset Backed Securities Trust 2007-SD1 v. Reeves, et. al - Circuit Court For The State Of Oregon, County Of Jackson - Case No. 22LT11014*

**PENNSYLVANIA**

*U.S. Bank National Association as Trustee for SAIL 2005-7 v. Beggin, Court of Common Pleas, Montgomery County Case No. 2014-04007*

**NEW YORK**

*Deutsche Bank National Trust Company, as Trustee v. Ledgerwood, Sup, Ct NY, Co. Richmond, Case No. 135896/2016*

**NEVADA**

*Kramer v. National Default Servicing Corp., Dist. Ct, Clarke County, NV Case No. 18-CV-00663*

**MISSOURI**

*HSBC Bank USA, N.A. v. Spence – Circuit Court, Green County, MO Cases: 3117-CC00213, 3117-CC00214, 3117-CC00215, 3117-CC00216, 3117-CC00217.*

5. CV – William J. Paatalo

_Wells Fargo Bank, N.A. v. Spence – Circuit Court, Green County, MO Case No. 1731-CC00228_

Exhibit 2

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Profit Corporation
4UDIRECT, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P99000063286 |
| **FEI/EIN Number** | 65-0937940 |
| **Date Filed** | 07/09/1999 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | PENDING REINSTATEMENT |
| **Event Date Filed** | 01/29/2016 |

**Principal Address**

5944 CORAL RIDGE DRIVE
SUITE 309
CORAL SPRINGS, FL 33076

Changed: 04/30/2007

**Mailing Address**

5944 CORAL RIDGE DRIVE
SUITE 309
CORAL SPRINGS, FL 33076

Changed: 04/30/2007

**Registered Agent Name & Address**

ARMPRIESTER LAW OFFICES
1350 E. NEWPORT CENTER DRIVE
SUITE 101
DEERFIELD BEACH, FL 33442

**Officer/Director Detail**

**Name & Address**

Title VDS

SHANAHAN, BEVERLY
5944 CORAL RIDGE DRIVE #309
CORAL SPRINGS, FL 33076

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2005 | 02/04/2005 |
| 2006 | 01/19/2006 |
| 2007 | 04/30/2007 |

**Document Images**

| | |
|---|---|
| 06/15/2009 -- Reg. Agent Resignation | View image in PDF format |
| 07/18/2007 -- Off/Dir Resignation | View image in PDF format |
| 04/30/2007 -- ANNUAL REPORT | View image in PDF format |
| 08/31/2006 -- Reg. Agent Change | View image in PDF format |
| 01/19/2006 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2003 -- Amendment | View image in PDF format |
| 02/26/2003 -- ANNUAL REPORT | View image in PDF format |
| 10/25/2002 -- Amendment | View image in PDF format |
| 03/13/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/08/2000 -- ANNUAL REPORT | View image in PDF format |
| 07/09/1999 -- Domestic Profit | View image in PDF format |

Exhibit 3

DIVISION OF CORPORATIONS



Previous List    Next List

Fictitious Name Search

[Submit]

# Fictitious Name List

| Fictitious Name | Address | City | State | County | Status |
|---|---|---|---|---|---|
| NATIONS CONSTRUCTION | 201 ANSIN BLVD. | HALLANDALE BEACH | FL | BROWARD | A |
| NATIONS CONSTRUCTION | 470 ANSIN BLVD | HALLANDALE | FL | MULTIPLE | C |
| NATIONS CONSTRUCTION | 470 ANSIN BLVD. #AA | HALLANDALE | FL | MULTIPLE | E |
| NATIONS COOL AIR | 470 ANSIN BLVD., UNIT AA | HALLANDALE BEACH | FL | BROWARD | E |
| NATIONS CUSTOM CABINETS | 18021 BISCAYNE BLVD | AVENTURA | FL | MIAMI-DADE | A |
| NATION SECURITY | 1500 NW 89 CT | DORAL | FL | MIAMI-DADE | A |
| NATION SECURITY | 3905 NW 107 AVE | DORAL | FL | MULTIPLE | A |
| NATION SECURITY | 933 WEST COMMCERCIAL BLVD | FORT LAUDERDALE | FL | BROWARD | E |
| NATIONS EQUIPMENT | 6150 PORTER RD | SARASOTA | FL | SARASOTA | E |
| NATIONS EV & OFFROAD | 8800 THOMAS DR | PANAMA CITY BEACH | FL | BAY | A |
| NATION'S FINEST | 3471 SYCAMORE LANE | GULF BREEZE | FL | SANTA ROSA | E |
| NATION'S FIRST MORTGAGE | 310 A MAIN STREET | LEBANON | NJ | MULTIPLE | A |
| NATIONS FORGIVE NETWORK | 608 WHIPPOORWILL DRIVE | ORLANDO | FL | MULTIPLE | E |
| NATIONS GLASS | 10825 NW 17 STREET | MIAMI | FL | MULTIPLE | E |
| NATIONS GROUP REALTY | 36625 US HWY 19 NORTH | PALM HARBOR | FL | PINELLAS | E |
| NATIONS HEALTH BENEFITS | 1152 N UNIVERSITY DRIVE | PEMBROKE PINES | FL | BROWARD | E |
| NATIONS HEALTH GROUP | 1152 NORTH UNIVERSITY DRIVE | PEMBROKE PINES | FL | BROWARD | E |
| NATIONS HEALTH GROUP | 13975 NW 22 CT | PEMBROKE PINES | FL | BROWARD | C |
| NATIONS HEALTH SOLUTIONS | 20725 N.E. 16TH AVE. | MIAMI | FL | MIAMI-DADE | E |
| NATIONSHEARING | 8050 SW 10TH ST,SUITE 4200 | PLANTATION | FL | BROWARD | A |

Previous List    Next List

Fictitious Name Search

[Submit]

Florida Department of State, Division of Corporations

DIVISION OF CORPORATIONS



Previous List    Next List

Fictitious Name Search

[Submit]

---

# Fictitious Name List

| Fictitious Name | Address | City | State | County | Status |
|---|---|---|---|---|---|
| NATIONS INSURANCE & FINANCIAL ADVISORS | 924 NW 128 PLACE | MIAMI | FL | MULTIPLE | E |
| NATIONSINSURANCEQUOTE.COM | 4770 BUCIDA ROAD | BOYNTON BEACH | FL | MULTIPLE | E |
| NATIONSINSURANCE SALES | 1801 NW 66TH AVE | PLANTATION | FL | BROWARD | A |
| NATIONS INSURANCE SOLUTIONS | 1801 NW 66TH AVE, STE 100 | PLANTATION | FL | MULTIPLE | A |
| NATIONS INSURANCE SOLUTIONS | 1801 NW 66TH AVE, SUITE 100 | PLANTATION | FL | BROWARD | A |
| NATIONS LENDING | 4 SUMMIT PARK DRIVE | INDEPENDENCE | OH | MULTIPLE | A |
| NATIONS MARKETING GROUP | 2801 N. UNIVERSITY DRIVE | CORAL SPRINGS | FL | BROWARD | A |
| NATIONS MEDICAL TRANSPORTATION | 1235 PROVIDENCE BLVD R #1005 | DELTONA | FL | MULTIPLE | A |
| NATION'S MOLD REMEDIATION FORT LAUDERDALE, INC. | 515 E LAS OLAS BLVD | FORT LAUDERDALE | FL | BROWARD | A |
| NATIONS MORTGAGE | 300 S PINE ISLAND RD STE 304 | PLANTATION | FL | BROWARD | A |
| NATIONS NRG CONSULTANCY | 1001 BRICKELL BAY DR | MIAMI | FL | MIAMI-DADE | A |
| NATIONS OFF-LEASE | 3700 S ORLANDO DR | SANFORD | FL | SEMINOLE | E |
| NATIONS PAINTING & WATERPROOFING | 201 ANSINS BLVD. # A | HALLANDALE BEACH | FL | BROWARD | A |
| NATIONS PAINTING & WATERPROOFING | 4920 SW 27 AVENUE | FORT LAUDERDALE | FL | MULTIPLE | C |
| NATIONS PARKING SERVICES | P.O. BOX 325 | DEERFIELD BEACH | FL | MULTIPLE | E |
| NATIONS PHARMACY | 8269 COMMERCIAL WAY | WEEKI WACHEE | FL | HERNANDO | E |
| NATIONS PROPERTY MANAGEMENT LLC | 2073 PALMETTO ST | MIDDLEBURG | FL | CLAY | A |
| NATIONS REAL ESTATE | 2325 FRANKFORD AVE | PANAMA CITY | FL | BAY | E |
| NATIONS REAL ESTATE SERVICES LLC | P.O. BOX 15849 | PANAMA CITY | FL | BAY | E |
| NATIONS REALTY | 12929 REAVES ROAD | WINTER GARDEN | FL | MULTIPLE | A |

---

Previous List    Next List

Fictitious Name Search

[Submit]

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search By Entity Name /

---

Next List

Nations Home Lending Cent

Search

## Entity Name List

| Corporate Name | Document Number | Status |
|---|---|---|
| NATIONS HOME LOAN CORPORATION | F00000000807 | CROSS RF |
| NATIONS HOME LOAN CORPORATION OF MICHIGAN | F00000000807 | INACT |
| NATIONS HOME LOANS CORPORATION | F04000005393 | NAME HS |
| NATIONS HOME LOANS, LLC | M20000002789 | NAME HS |
| NATIONS HOME MORTGAGE CORPORATION | F01000004054 | CROSS RF |
| NATIONS HOME MORTGAGE CORP. | P00000011155 | INACT |
| NATIONS HOME SAVERS, INC. | P08000009302 | INACT |
| NATIONS HOMES REALTY CORP. | P04000036096 | INACT |
| THE NATIONS HOPE, INC. | N04000004437 | Active |
| NATIONS HOUSE OF FRAGRANCE AND MORE LLC | L23000009487 | Active |
| NATIONS HOUSING, CORP. | P98000086849 | INACT |
| NATIONSIDE MORTGAGE, INC. | F05000003804 | INACT |
| NATION SIGNS, INC. | P99000036007 | INACT |
| NATIONS & IKON CONSTRUCTION LLC | L10000109750 | INACT |
| NATIONS IN ACTION INC. | N17000010823 | Active |
| NATIONS IN ACTION GLOBALLY LIFTING UP FUND INC. | N17000012336 | Active |
| NATIONS INDUSTRIAL EQUIPMENT SUPPLY LLC | L20000153044 | INACT |
| NATIONS INNOVATION, LLC | L11000060845 | INACT |
| NATIONS INSURANCE, INC. | P06000023680 | INACT |
| NATIONS INSURANCE, INC. | P23000040934 | Active |

---

Next List

Nations Home Lending Cent

Search

---

Florida Department of State, Division of Corporations

Exhibit 4



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of 4UDIRECT, INC., a corporation organized under the laws of the State of Florida, filed on July 9, 1999, as shown by the records of this office.

The document number of this corporation is P99000063286.

I further certify that said corporation was administratively dissolved on September 26, 2008.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Twenty-sixth day of February, 2014



Ken Detzner
Secretary of State

CR2EO22 (1-11)

# TRANSMITTAL LETTER

P 99 0000 63286

Department of State
Division of Corporations
P. O. Box 6327
Tallahassee, FL 32314

000002927050---1
-07/09/99---01039--017
*****87.50  *****87.50

SUBJECT: _____4udirect, Inc._____
(Proposed corporate name - must include suffix)

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
99 JUL -9 AM 7: 51
FILED

Enclosed is an original and one(1) copy of the articles of incorporation and a check for :

☐ $70.00
Filing Fee

☐ $78.75
Filing Fee
& Certificate of Status

☐ $78.75
Filing Fee
& Certified Copy

☒ $87.50
Filing Fee,
Certified Copy
& Certificate of
Status

ADDITIONAL COPY REQUIRED

FROM: _____Beverly A. Ball_____
Name (Printed or typed)

_____4369 SW 10th Place_____
Address

_____Deerfield Beach, FL  33442_____
City, State & Zip

_____(954) 429-9731  or  (954)328-0220_____
Daytime Telephone number

R CHESSER   JUL 1. 6 1999

NOTE:  Please provide the original and one copy of the articles.

# ARTICLES OF INCORPORATION

*The undersigned incorporator, for the purpose of forming a corporation under the Florida Business Corporation Act, hereby adopts the following Articles of Incorporation.*

## ARTICLE I    NAME
The name of the corporation shall be:

    4udirect, Inc.

## ARTICLE II    PRINCIPAL OFFICE
The principal place of business and mailing address of this corporation shall be:

    4369 SW 10th Place
    Deerfield Beach, FL 33442

## ARTICLE III    SHARES
The number of shares of stock that this corporation is authorized to have outstanding at any one time is:

    1,000

## ARTICLE IV    INITIAL REGISTERED AGENT AND STREET ADDRESS
The name and Florida street address of the initial registered agent are:

    Beverly A. Ball
    4369 SW 10th Place  # 304
    Deerfield Beach, FL 33442

## ARTICLE V    INCORPORATOR
The **name and address** of the incorporator to these Articles of Incorporation are:

    Beverly A. Ball
    4369 SW 10th Place    # 304
    Deerfield Beach, FL  33442

_(signature)_            July  6, 1999

Signature/Incorporator          **Date**

Beverly A. Ball

(An additional article must be added if an effective date is requested.)

*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent*

_(signature)_            July 6, 1999

Signature/Registered Agent       **Date**

Beverly A. Ball

FILED
99 JUL -9 AM 7: 51
SECRETARY OF STATE
TALAHASSEE, FLORIDA

# 2000 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** P99000063286

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

00 MAY -8 AM 10: 15

**1. Entity Name**

4udirect. Inc.

Principal Place of Business          Mailing Address

4369 Sw 10th Place  #304

Deerfield Beach. Fl 33442

**2. Principal Place of Business**
Same as above
Suite, Apt. #, etc.

**3. Mailing Address**
Same as above
Suite, Apt. #, etc.

03-15-00  90053  017  --$150.00
DO NOT WRITE IN THIS SPACE

| City & State | City & State | | Applied For |
| | | | Not Applicable |

| Zip | Country | Zip | Country |

**4. FEI Number** 65-0937940

**5. Certificate of Status Desired** ☐  $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**

Beverly Ball
4369 Sw 10th Place  #304
Deerfield Beach. Fl 33442

**7. Name and Address of New Registered Agent**

Name

Street Address (P.O. Box Number is Not Acceptable)

City                    FL   Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE
Signature, typed or printed name of registered agent and title if applicable    [NOTE: Registered Agent signature required when reinstating]    DATE

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

FILE NOW!!! FEE IS $150.00
After MAY, 1, 2000 Fee will be $550.00
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution. ☐  $5.00 May Be Added to Fees

| **11.** | OFFICERS AND DIRECTORS | | **12.** | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|---|---|
| TITLE President | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME Beverly Ball | | | NAME | | |
| STREET ADDRESS 4369 Sw 10th Pl #304 | | | STREET ADDRESS | | |
| CITY-ST-ZIP Deerfield Beach. Fl 33442 | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change  ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |

CR2E034 (9/99)

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** Beverly G Ball
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR

5/3/00
Date

(954)346·8384
Daytime Phone #

# 2001 UNIFORM BUSINESS REPORT (UBR)

**FILED**

**Feb 20, 2001 8:00 am**

**Secretary of State**

02-20-2001 90028 025 ***150.00

0311146

DOCUMENT # P99000063286

**1. Entity Name**

4UDIRECT, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| 116 NORTH FEDERAL HWY.<br>DEERFIELD BEACH FL 33441 | 116 NORTH FEDERAL HWY.<br>DEERFIELD BEACH FL 33441 |

**2. Principal Place of Business**   116 N. Federal Hwy.

**3. Mailing Address**   116 N. Federal Hwy.

Suite, Apt. #, etc.

City & State   Deerfield Beach FL   Deerfield Beach FL

33441   Country   Broward   33441   Country   Broward

DO NOT WRITE IN THIS SPACE

**4. FEI Number**   65-0937940   ☐ Applied For   ☐ Not Applicable

**5. Certificate of Status Desired** ☐   $8.75 Additional Fee Required

**6. Name and Address of Current Registered Agent**

BALL, BEVERLY A
4369 SW 10 PLACE #304
DEERFIELD BEACH FL 33442

**7. Name and Address of New Registered Agent**

| Name | |
|---|---|
| Street Address (P.O. Box Number is Not Acceptable) | |
| City | FL  Zip Code |

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE   Beverly A. Ball   Beverly A. Ball   02/15/01.

Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back.) ☐

**FILE NOW!!! FEE IS $150.00**
After MAY 1, 2001 Fee will be $550.00
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution. ☐   $5.00 May Be Added to Fees

**11.**   OFFICERS AND DIRECTORS

**12.**   ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11

CR2E004 (10/00)

| TITLE | P | ☒ Delete | TITLE | | ☒ Change | ☐ Addition |
|---|---|---|---|---|---|---|
| NAME | BALL, BEVERLY | | NAME | President | | |
| STREET ADDRESS | 4369 SW 10 PLACE #304 | | STREET ADDRESS | Beverly A. Ball 116 NW Federal | | |
| CITY-ST-ZIP | DEERFIELD BEACH FL 33442 | | CITY-ST-ZIP | Coral Springs FL 33076. | | |

| TITLE | | ☐ Delete | TITLE | President | ☒ Change | ☐ Addition |
|---|---|---|---|---|---|---|
| NAME | | | NAME | Beverly A. Ball Highway | | |
| STREET ADDRESS | | | STREET ADDRESS | 116 N. Federal | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | Deerfield Beach FL 33441. | | |

| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
|---|---|---|---|---|---|---|
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |

| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
|---|---|---|---|---|---|---|
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |

| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
|---|---|---|---|---|---|---|
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |

| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
|---|---|---|---|---|---|---|
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:**   Beverly A. Ball   02/15/01   954-233-5363

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

# 2002 UNIFORM BUSINESS REPORT (UBR)

**FILED**
**Mar 13, 2002 8:00 am**
**Secretary of State**
03-13-2002 90045 047 ***150.00

**DOCUMENT #**   P99000063286

1. Entity Name
**4UDIRECT, INC.**

| Principal Place of Business | Mailing Address |
|---|---|
| 116 NORTH FEDERAL HWY. | 116 NORTH FEDERAL HWY. |
| DEERFIELD BEACH FL 33431 | DEERFIELD BEACH FL 33431 |

DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | 3. Mailing Address 6174 NW 123rd Lane |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State Coral Springs |
| Zip       Country | Zip 33076  Country Broward USA |

4. FEI Number  65-0937940   | Applied For / Not Applicable

5. Certificate of Status Desired ☐   $8.75 Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| BALL, BEVERLY A<br>4369 SW 10 PLACE #304<br>DEERFIELD BEACH FL 33442 | Name  Beverly A. Shanahan<br>Street Address (P.O. Box Number is Not Acceptable)  6174 N.W. 123rd Lane<br>City  Coral Springs  FL  Zip Code 33076 |

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: Beverly A. Shanahan   2/26/02.

Signature, typed or printed name of registered agent and title if applicable. (Note: Registered Agent signature required when reinstating)   DATE

| 9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐ | **FILE NOW!!! FEE IS $150.00**<br>After May 1, 2002 fee will be $550.00<br>Make Check Payable to Department of State | 10. Election Campaign Financing Trust Fund Contribution. ☐ | $5.00 May Be Added to Fees |

| 11. | OFFICERS AND DIRECTORS | | 12. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|---|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | P<br>BALL, BEVERLY A<br>116 N. FEDERAL HIGHWAY<br>DEERFIELD BEACH FL 33441 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | Beverly A. Shanahan ☑Change ☐ Addition<br>116 N. Federal Highway<br>Deerfield Beach FL 33441 |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: Beverly A. Shanahan   2/27/02. (954) 334-2059.

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

CR2E034 (9/01)

# P99000063286



## National
### HOME LOAN CORPORATION
116 N. Federal Highway
Deerfield Beach, Florida 33441

*Address Correction Requested*

```
000008327090--0
-10/11/02--01020--007
*****35.00   *****35.00
```

Office Use Only

## CORPORATION NAME(S) & DOCUMENT NUMBER(S), (if known):

1. _____
   (Corporation Name)                    (Document #)

2. _____
   (Corporation Name)                    (Document #)        *amend*

3. _____
   (Corporation Name)                    (Document #)

4. _____
   (Corporation Name)                    (Document #)

☐ Walk in          ☐ Pick up time _____          ☐ Certified Copy
☐ Mail out         ☐ Will wait      ☐ Photocopy      ☐ Certificate of Status

### NEW FILINGS
☐ Profit
☐ Not for Profit
☐ Limited Liability
☐ Domestication
☐ Other

### AMENDMENTS
☐ Amendment
☐ Resignation of R.A., Officer/Director
☐ Change of Registered Agent
☐ Dissolution/Withdrawal
☐ Merger

### OTHER FILINGS
☐ Annual Report
☐ Fictitious Name

### REGISTRATION/QUALIFICATION
☐ Foreign
☐ Limited Partnership
☐ Reinstatement
☐ Trademark
☐ Other

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED 02 OCT 25 AM 12: 47

CR2E031(7/97)

X 00789, 00524, 00671

| Examiner's Initials | |
|---|---|
| | 10/28/02 |



**FLORIDA DEPARTMENT OF STATE**
Jim Smith
Secretary of State

October 15, 2002

National Home Loan Corporation
116 N. Federal Highway
Deerfield Beach, FL 33441

SUBJECT: 4UDIRECT, INC.
Ref. Number: P99000063286

We have received your document for 4UDIRECT, INC. and your check(s) totaling $35.00. However, the enclosed document has not been filed and is being returned for the following correction(s):

You will need to file Articles of Amendment in order to change the officers. I have enclosed an amendment form for your convenience that you may fill out and return to us.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6907.

Annette Ramsey
Document Specialist                          Letter Number: 202A00057490

RECEIVED
02 OCT 25 AM 9: 13
DIVISION OF CORPORATIONS

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF INCORPORATION
## OF

4uDirect, Inc.
_____
(present name)

P99000063286
_____
(Document Number of Corporation (If known)

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED
02 OCT 25 AM 12:47

_Pursuant to the provisions of section 607.1006, Florida Statutes, this Florida profit corporation adopts the following articles of amendment to its articles of incorporation:_

**FIRST:** Amendment(s) adopted: _(indicate article number(s) being amended, added or deleted)_

Article VI Added:
- Beverly Ann Ball resigns as President of 4uDirect, Inc.
- Beverly Ann Ball accepts appointment as Vice-President and Director of 4uDirect, Inc.
- Patrick C. Shanahan accepts appointment as President and Director of 4uDirect, Inc.
- N. Wayne Rioux accepts appointment as Secretary, Treasurer, and Director of 4uDirect, Inc.

**SECOND:**   If an amendment provides for an exchange, reclassification or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself, are as follows:

**THIRD:**  The date of each amendment's adoption: _September 16, 2002_ .

**FOURTH:**  Adoption of Amendment(s) (**CHECK ONE**)

☑  The amendment(s) was/were approved by the shareholders.  The number of votes cast for the amendment(s) was/were sufficient for approval.

☐  The amendment(s) was/were approved by the shareholders through voting groups.  *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval by _____."
                                             voting group

☐  The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐  The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Signed this _23_ day of _October_ , _2002_ .

Signature _Beverly A. Ball_
(By the Chairman or Vice Chairman of the Board of Directors, President  or other officer if adopted by the shareholders)

OR

(By a director if adopted by the directors)

OR

(By an incorporator if adopted by the incorporators)

_Beverly Ann Ball_
Typed or printed name

_Vice-President_
Title

# 2003 FOR PROFIT CORPORATION
# UNIFORM BUSINESS REPORT (UBR)



**DOCUMENT #**    **P99000063286**

1. Entity Name

**4UDIRECT, INC.**

APPROVED AND FILED

03 FEB 26 AM 9: 28

SECRETARY OF STATE
TALLAHASSEE, FLORIDA



| Principal Place of Business | Mailing Address |
|---|---|
| 6174 NW 123RD LANE | 6174 NW 123RD LANE |
| CORAL SPRINGS FL 33076 | CORAL SPRINGS FL 33076 |

☐ CHECK HERE IF MAKING CHANGES

| 2. Principal Place of Business | 3. Mailing Address | | |
|---|---|---|---|
| 401 Fairway Drive | | | |
| Suite, Apt. #, etc. 200 | Suite, Apt. #, etc. | **4.** FEI Number **65-0937940** | Applied For |
| City & State Deerfield Beach FL | City & State | | ☐ Not Applicable |
| Zip 33441 | Country U.S. | Zip | Country | **5.** Certificate of Status Desired ☐ | **$8.75** Additional Fee Required |

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent | |
|---|---|---|
| SHANAHAN, BEVERLY A | Name | |
| 6174 NW 123RD LANE | Street Address (P.O. Box Number is Not Acceptable) | |
| CORAL SPRINGS FL 33076 | | |
| | City    **FL** | Zip Code |

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _Beverly A. Shanahan_   Registered Agent   2.18.03.

Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

| FILE NOW!!! FEE IS $150.00<br>After May 1, 2003 Fee will be $550.00<br>Make Check Payable to Florida Department of State | | **9.** Election Campaign Financing<br>Trust Fund Contribution. ☐ | **$5.00** May Be<br>Added to Fees |
|---|---|---|---|

| 10. | OFFICERS AND DIRECTORS | | 11. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|---|---|
| | | | | | ☐ Change ☐ Addition |
| TITLE | VD | ☐ Delete | TITLE | 400012977834 | |
| NAME | BALL, BEVERLY A | | NAME | 02/24/03--01011--001 **150.00 | |
| STREET ADDRESS | 6174 NW 123RD LANE | | STREET ADDRESS | | |
| CITY-ST-ZIP | CORAL SPRINGS FL 33076 | | CITY-ST-ZIP | | |
| TITLE | PD | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | SHANAHAN, PATRICK C | | NAME | 400012977834 | |
| STREET ADDRESS | 6174 NW 123RD LANE | | STREET ADDRESS | 02/28/03--01078--014 **87.50 | |
| CITY-ST-ZIP | CORAL SPRINGS FL 33076 | | CITY-ST-ZIP | | |
| TITLE | STD | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | RIOUX, N. WAYNE | | NAME | | |
| STREET ADDRESS | 6174 NW 123RD LANE | | STREET ADDRESS | | |
| CITY-ST-ZIP | CORAL SPRINGS FL 33076 | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _Shawn CREB_ RECEIVED Vice President   2·18·03   954-233-5363

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

P99000063286



900015050249

04/04/03--01054--025   **43.75

---

(Requestor's Name)

---

(Address)

---

(Address)

---

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

---

(Business Entity Name)

---

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

Amend/CC
(1a  4/14/03

03 APR -4  PM 4: 01
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FILED



**Nations**
HOME LENDING CENTER

401 Fairway Drive, Suite 200, Deerfield Beach, FL 33441

Phone: (954) 233-5363 • Toll Free: 1-800-749-5363
Fax: Main/Sales Department: (954) 233-5626
Fax: Processing Department: (954) 233-5374

April 3, 2003

Department of State
Division of Corporations
Amendment Section
409 E. Gaines Street
Tallahassee, FL 32399

Re: Articles of Amendment

Gentleman,

Please find enclosed an amendment to our articles of incorporation for 4UDirect, Inc.

Please find enclosed a check in the amount of $43.75 for the filing fee and certified documents. Please return in the pre-paid Federal Express envelope.

If you have any questions please feel free to contact me.

Thank you,

Beverly C. Ball.

Beverly A. Ball
Vice-President
4UDirect, Inc.

Enclosure

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
03 APR -4  PM 4: 01
FILED

FILED
03 APR -4 PM 4:01
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**ARTICLES OF AMENDMENT**
**TO**
**ARTICLES OF INCORPORATION**
**OF**

4uDirect, Inc.
(present name)

P99000063286
(Document Number of Corporation (If known)

*Pursuant to the provisions of section 607.1006, Florida Statutes, this Florida profit corporation adopts the following articles of amendment to its articles of incorporation:*

**FIRST:** Amendment(s) adopted: *(indicate article number(s) being amended, added or deleted)*

Article VI: amended.

- N. Wayne Bioux resigns as Secretary, Treasurer, and Director of 4uDirect, Inc.

- Beverly Ann Bail accepts appointment as Secretary.

**SECOND:** If an amendment provides for an exchange, reclassification or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself, are as follows:

**THIRD:**   The date of each amendment's adoption: _April 3, 2003_ .

**FOURTH:**  Adoption of Amendment(s) (CHECK ONE)

☑ The amendment(s) was/were approved by the shareholders.  The number of votes cast for the amendment(s) was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval by _____."
(voting group)

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Signed this _3 rd_ day of _April_ _2003_ .

Signature _Beverly A. Ball_
(By the Chairman or Vice Chairman of the Board of Directors, President or other officer if adopted by the shareholders)

OR

(By a director if adopted by the directors)

OR

(By an incorporator if adopted by the incorporators)

_Beverly Ann Ball_
(Typed or printed name)

_Vice-President_
(Title)

# 2004 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Mar 23, 2004 8:00 am**
**Secretary of State**
03-23-2004 90005 003 ***150.00

**DOCUMENT # P99000063286**

**1.** Entity Name
**4UDIRECT, INC.**

| Principal Place of Business | Mailing Address |
|---|---|
| 401 FAIRWAY DRIVE 200 DEERFIELD BEACH, FL 33441 | 401 FAIRWAY DRIVE 200 DEERFIELD BEACH, FL 33441 |
| **2.** Principal Place of Business | **3.** Mailing Address |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip  Country | Zip  Country |

02292004   Chg-P   CR2E034 (10/03)

**4.** FEI Number
65-0937940   Applied For / Not Applicable

**5.** Certificate of Status Desired ☐   **$8.75** Additional Fee Required

**6. Name and Address of Current Registered Agent**

SHANAHAN, BEVERLY A
6174 NW 123RD LANE
CORAL SPRINGS, FL 33076

**7. Name and Address of New Registered Agent**

Name

Street Address (P.O. Box Number is Not Acceptable)

City   FL   Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

**FILE NOW!!! FEE IS $150.00**
**After May 1, 2004 Fee will be $550.00**

**9.** Election Campaign Financing Trust Fund Contribution. ☐   **$5.00** May Be Added to Fees

| 10. | OFFICERS AND DIRECTORS | | 11. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|---|---|
| TITLE | VDS | ☐ Delete | TITLE | VDS | ☑ Change ☐ Addition |
| NAME | BALL, BEVERLY A | | NAME | Beverly Shanahan | |
| STREET ADDRESS | 6174 NW 123RD LANE | | STREET ADDRESS | 6174 NW 123rd Lane | |
| CITY·ST·ZIP | CORAL SPRINGS, FL 33076 | | CITY·ST·ZIP | Coral Springs, Fl 33076 | |
| TITLE | PD | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | SHANAHAN, PATRICK C | | NAME | | |
| STREET ADDRESS | 6174 NW 123RD LANE | | STREET ADDRESS | | |
| CITY·ST·ZIP | CORAL SPRINGS, FL 33076 | | CITY·ST·ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY·ST·ZIP | | | CITY·ST·ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY·ST·ZIP | | | CITY·ST·ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY·ST·ZIP | | | CITY·ST·ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY·ST·ZIP | | | CITY·ST·ZIP | | |

**12.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** Beverly A. Shanahan   3·18·04
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

# 2005 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Feb 04, 2005**
**Secretary of State**

DOCUMENT# P99000063286

**Entity Name:** 4UDIRECT, INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 401 FAIRWAY DRIVE 200 DEERFIELD BEACH, FL  33441 | 401 FAIRWAY DRIVE SUITE 200 DEERFIELD BEACH, FL  33441 |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 401 FAIRWAY DRIVE 200 DEERFIELD BEACH, FL  33441 | 401 FAIRWAY DRIVE SUITE 200 DEERFIELD BEACH, FL  33441 |

**FEI Number: 65-0937940**      **FEI Number Applied For ( )**      **FEI Number Not Applicable ( )**      **Certificate of Status Desired ( )**

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| SHANAHAN, BEVERLY A 6174 NW 123RD LANE CORAL SPRINGS, FL  33076      US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

              Electronic Signature of Registered Agent                    Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | VDS        ( ) Delete |
| Name: | SHANAHAN, BEVERLY |
| Address: | 6174 NW 123RD LANE |
| City-St-Zip: | CORAL SPRINGS, FL  33076 |

| | |
|---|---|
| Title: | PD        ( ) Delete |
| Name: | SHANAHAN, PATRICK C |
| Address: | 6174 NW 123RD LANE |
| City-St-Zip: | CORAL SPRINGS, FL  33076 |

## ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | VDS        (X) Change  ( ) Addition |
| Name: | SHANAHAN, BEVERLY |
| Address: | 401 FAIRWAY DRIVE SUITE 200 |
| City-St-Zip: | DEERFIELD BEACH, FL  33441 |

| | |
|---|---|
| Title: | PD        (X) Change  ( ) Addition |
| Name: | SHANAHAN, PATRICK C |
| Address: | 401 FAIRWAY DRIVE SUITE 200 |
| City-St-Zip: | DEERFIELD BEACH, FL  33441 |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  BEVERLY SHANAHAN                 VDS               02/04/2005

              Electronic Signature of Signing Officer or Director                 Date

# 2006 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jan 19, 2006**
**Secretary of State**

## DOCUMENT# P99000063286

**Entity Name:** 4UDIRECT, INC.

**Current Principal Place of Business:**

401 FAIRWAY DRIVE
SUITE 200
DEERFIELD BEACH, FL 33441

**New Principal Place of Business:**

**Current Mailing Address:**

401 FAIRWAY DRIVE
SUITE 200
DEERFIELD BEACH, FL 33441

**New Mailing Address:**

**FEI Number:** 65-0937940    **FEI Number Applied For ( )**    **FEI Number Not Applicable ( )**    **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

SHANAHAN, BEVERLY A
6174 NW 123RD LANE
CORAL SPRINGS, FL 33076    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

          Electronic Signature of Registered Agent                  Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | VDS    ( ) Delete |
| Name: | SHANAHAN, BEVERLY |
| Address: | 401 FAIRWAY DRIVE SUITE 200 |
| City-St-Zip: | DEERFIELD BEACH, FL 33441 |

| | |
|---|---|
| Title: | PD    ( ) Delete |
| Name: | SHANAHAN, PATRICK C |
| Address: | 401 FAIRWAY DRIVE SUITE 200 |
| City-St-Zip: | DEERFIELD BEACH, FL 33441 |

## ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: BEVERLY SHANAHAN                    VP               01/19/2006

           Electronic Signature of Signing Officer or Director                   Date

P9900006328



400078940134

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____      Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

08/31/06--01024--002  **35.00

FILED
06 AUG 31 AM 9:57
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

ß 9/1/06
20

# COVER LETTER

**TO:**   Amendment Section
Division of Corporations

**SUBJECT:** 4UDIRECT, INC
(Name of Corporation)

**DOCUMENT NUMBER:** P9900006286

The enclosed Statement of Change of Registered Office/Agent and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Beverly Shanahan
(Name of Contact Person)

4UDIRECT, INC.
(Firm/Company)

401 Fairway Drive-Suite 200
(Address)

Deerfield Beach, FL 33441
(City/State and Zip Code)

For further information concerning this matter, please call:

Beverly Shanahan                           at ( 954 ) 233-5363   ext 241
(Name of Contact Person)                   (Area Code & Daytime Telephone Number)

Enclosed is a $35.00 check made payable to the Department of State.

**Mailing Address:**          **Street Address:**
Amendment Section            Amendment Section
Division of Corporations     Division of Corporations
P.O. Box 6327                Clifton Building
Tallahassee, FL 32314        2661 Executive Center Circle
                             Tallahassee, FL 32301

CR2E045 (8/05)

## STATEMENT OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT OR BOTH
## FOR CORPORATIONS

*Pursuant to the provisions of sections 607.0502, 617.0502, 607.1508, or 617.1508, Florida Statutes, this statement of change is submitted for a corporation organized under the laws of the State of* **Florida**
*_____ in order to change its registered office or registered agent, or both, in the State of Florida.*

1. The name of the corporation: 4UDIRECT, INC.

2. The principal office address: 401 Fairway Drive-Suite 200

3. The mailing address (if different):

4. Date of incorporation/qualification: 07/09/1999        Document number: P9900006286

5. The name and street address of the current registered agent and registered office on file with the Florida Department of State:

    Beverly Shanahan

    6174 NW 123 Lane

    Coral Springs, FL 33076

6. The name and street address of the new registered agent (if changed) and /or registered office (if changed):

    Beverly Shanahan

    401 Fairway Drive-Suite 200
    (P.O. Box NOT acceptable)

    Deerfield Beach, FL 33441

The street address of its registered office and the street address of the business office of its registered agent, as changed will be identical.

Such change was authorized by resolution duly adopted by its board of directors or by an officer so authorized by the board, or the corporation has been notified in writing of the change.

_____
(Signature of an officer or director)

Patrick Shanahan    President
(Printed or typed name and title)

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligation of my position as registered agent. Or, if this document is being filed merely to reflect a change in the registered office address, I hereby confirm that the corporation has been notified in writing of this change.*

_____
(Signature of Registered Agent)

August 22, 2006
(Date)

If signing on behalf of an entity:

Beverly Shanahan
(Typed or Printed Name)

* * * **FILING FEE: $35.00** * * *

MAKE CHECKS PAYABLE TO FLORIDA DEPARTMENT OF STATE
MAIL TO: DIVISION OF CORPORATIONS, P.O. BOX 6327, TALLAHASSEE, FL 32314

CR2E045 (8/05)

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
06 AUG 31 AM 9:57
FILED

# 2007 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 30, 2007**
**Secretary of State**

DOCUMENT# P99000063286

**Entity Name:** 4UDIRECT, INC.

**Current Principal Place of Business:**

401 FAIRWAY DRIVE
SUITE 200
DEERFIELD BEACH, FL  33441

**New Principal Place of Business:**

5944 CORAL RIDGE DRIVE
SUITE 309
CORAL SPRINGS, FL  33076

**Current Mailing Address:**

401 FAIRWAY DRIVE
SUITE 200
DEERFIELD BEACH, FL  33441

**New Mailing Address:**

5944 CORAL RIDGE DRIVE
SUITE 309
CORAL SPRINGS, FL  33076

**FEI Number: 65-0937940      FEI Number Applied For ( )**      FEI Number Not Applicable ( )      Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

SHANAHAN, BEVERLY A
401 FAIRWAY DRIVE
SUITE 200
DEERFIELD BEACH, FL  33441  US

**Name and Address of New Registered Agent:**

ARMPRIESTER LAW OFFICES
1350 E. NEWPORT CENTER DRIVE
SUITE 101
DEERFIELD BEACH, FL  33442  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:  JA                                                                04/30/2007
                      Electronic Signature of Registered Agent                      Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

| | | |
|---|---|---|
| Title: | VDS | ( ) Delete |
| Name: | SHANAHAN, BEVERLY | |
| Address: | 401 FAIRWAY DRIVE SUITE 200 | |
| City-St-Zip: | DEERFIELD BEACH, FL  33441 | |

| | | |
|---|---|---|
| Title: | PD | ( ) Delete |
| Name: | SHANAHAN, PATRICK C | |
| Address: | 401 FAIRWAY DRIVE SUITE 200 | |
| City-St-Zip: | DEERFIELD BEACH, FL  33441 | |

## ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:

| | | |
|---|---|---|
| Title: | VDS | (X) Change ( ) Addition |
| Name: | SHANAHAN, BEVERLY | |
| Address: | 5944 CORAL RIDGE DRIVE #309 | |
| City-St-Zip: | CORAL SPRINGS, FL  33076 | |

| | | |
|---|---|---|
| Title: | PD | (X) Change ( ) Addition |
| Name: | SHANAHAN, PATRICK C | |
| Address: | 5944 CORAL RIDGE DRIVE #309 | |
| City-St-Zip: | CORAL SPRINGS, FL  33076 | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  BEVERLY SHANAHAN                          VP                     04/30/2007
                      Electronic Signature of Signing Officer or Director                      Date

# P99D00063286

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



300106156383

07/18/07--01035--001   **35.00

Off Resign
Theirs

2007 JUL 18  PM 2:57
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

## COVER LETTER

**TO:**   Amendment Section
Division of Corporations

**SUBJECT:**   4uDirect, Inc.
(Name of Corporation)

**DOCUMENT NUMBER:**   P99000063286

The enclosed Officer/Director Resignation for a Corporation and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Beverly Shanahan
(Name of Person)

4uDirect. Inc.
(Name of Firm/Company)

6174 N.W. 123rd Lane
(Address)

Coral Springs, FL 33076
(City/State and Zip Code)

For further information concerning this matter, please call:

Beverly Shanahan   at ( 954 ) 818. 0572
(Name of Person)           (Area Code & Daytime Telephone Number)

Enclosed is a check for $35.00 made payable to the Florida Department of State.

**Street Address:**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL  32301

**Mailing Address:**
Amendment Section
Division of Corporations
Post Office Box 6327
Tallahassee, FL  32314

CR2E044(08/05)

**FILED**

## OFFICER / DIRECTOR RESIGNATION
## FOR A CORPORATION

2007 JUL 18 PM 2: 57

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

I, __Patrick Shanahan__, hereby resign as __President__
(Title)

of __4UDirect. Inc.__,
(Name of Corporation)

__P99000063286__, a corporation organized under the laws of the State of
(Document Number, if known)

__Florida__.

_____
(Signature of resigning officer/director)

### FILING FEE IS $35.00

### Make checks payable to Florida Department of State and mail to:

Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

P99000063286



500156380885

06/15/09--01017--021  **35.00

FILED
09 JUN 15 PM 2:04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

R.A. Resign

C.COULLIETTE

JUN 1 6 2009

EXAMINER

# COVER LETTER

**TO:**   Amendment Section
Division of Corporations

**SUBJECT:** 4uDirect, Inc
_____
(Name of Corporation)

**DOCUMENT NUMBER:** P99000063286
_____

The enclosed Resignation of Registered Agent for a Corporation and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Jacob Armpriester
_____
(Name of Person)

Armpriester Law Offices
_____
(Name of Firm/Company)

P.O Box 970814
_____
(Address)

Boca Raton, FL 33497
_____
(City/State and Zip Code)

For further information concerning this matter, please call:

Jacob Armpriester             at (   561   )   239-5225
_____
(Name of Person)               (Area Code & Daytime Telephone Number)

Enclosed is a check made payable to the Florida Department of State for $87.50 for an active corporation or $35.00 for an administratively dissolved, voluntarily dissolved or withdrawn corporation.

**Street Address:**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

**Mailing Address:**
Amendment Section
Division of Corporations
Post Office Box 6327
Tallahassee, FL 32314

CR2E046(08/05)

# RESIGNATION OF REGISTERED AGENT
# FOR A CORPORATION

Pursuant to the provisions of sections 607.0502(2), 617.0502(2), 607.1509, or 617.1509,

Florida Statutes, the undersigned, ___Jacob Armpriester___
<div align="center">(Name of Registered Agent)</div>

hereby resigns as Registered Agent for ___4uDirect, Inc.___,
<div align="center">(Name of Corporation)</div>

___P99000063286___
<div align="center">(Document Number, if known)</div>

A copy of this resignation was mailed to the above listed corporation at its last known address.

The agency is terminated and the office discontinued on the 31st day after the date on which this statement is filed.

_____
<div align="center">(Signature of Resigning Agent)</div>

If signing on behalf of an entity:

Jacob Armpriester ___Ampriester Law Offices___
<div align="center">(Typed or Printed Name)</div>

Registered Agent
_____
<div align="center">(Capacity)</div>

09 JUN 15 PM 2:04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

**Fee for filing this document:**
$87.50 - Active corporation
$35.00 - Administratively dissolved/voluntarily dissolved/
withdrawn corporation

**Make checks payable to Florida Department of State and mail to:**
**Division of Corporations**
**P.O. Box 6327**
**Tallahassee, FL 32314**