IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF FLORIDA


Becki Ruth Maas                     )          Case No. 8:23-cv-0270

Plantiff                            )

  vs.                               )

THE BANK OF NEW YORK MELLON     )


JP MORGAN CHASE N.A.                )   PLAINTIFF'S EMERGENCY

                                     )   PETITION FOR

                                     )   PRELIMINARY INJUNCTION

                                     )   FOR CERTIFICATE OF SALE,

                                     )   CERTIFICATE OF TITLE

                                     )   AND WRIT OF POSSESSION


DEFENDANTS_____     )


     Now comes the Plaintiff, Becki Ruth Maas, to Petition this Court for a Preliminary

Injunction for the Certificate of Sale, Certificate of Title and Writ of Possession under

Emergency Status.

      It appears from the specific facts shown by the State Case plaintiff (13th judicial

circuit, #12-CA-007544, for Hillsborough County) through its attorneys, that the Clerk

of the State Court, Id., has illegally docketed (as claimed by this federal plaintiff) a

Certificate of Sale (Exhibit A), a Certificate of Title (Exhibit B), and a Writ of

Possession (Exhibit C) on the Plaintiff's homestead as of today, February 1, 2024;

resulting in immediate and irreparable injury, loss, or damage will result to this movant

before the adverse party can be heard in opposition.

This instant federal complaint was and is active since prior to the trial and state

auction sale of this federal plaintiff's property.

The adverse party in this federal venue has filed for an extension of time and has

been granted such by this court as of the entry of January 8th 2024 with a deadline to

respond by February 5th 2024. In reference to the State case in Hillsborough County:

Attorney Michelle Mason, Fl. Bar. #864773 of DELUCA LAW GROUP, PLLC

2101 NE 26th Street, Fort Lauderdale, FL 33305 submitted in her Response a day after

the State Defendant in the 13th Judicial Circuit Case, supra., filed her Objection to the

Sale and Objection to the 'Certificate of Sale'(Exhibit D) in part that:

"("[T]he law is well established that **an objection to a foreclosure sale must
be directed toward conduct that occurred at, or was directly related to, the
foreclosure sale.")** (citing *IndyMac Fed. Bank FSB v. Hagan,* 104 So. 3d 1232,
1236 (Fla. 3d DCA2012), citing: *Valdes v. Deutsche Bank Nat'/ T!: Co.,* 333 So. 3d 739
(Fla. 3d DCA 2021).

The case quoted by Michelle Mason, Esq., shows IndyMac Fed. Bank FSB v.

Hagan, which ruled in part from the 3rd district of appeals in Florida:

" .............In determining whether a document constitutes an objection to a foreclosure
sale, a trial court may not merely rely on the title of the document. With respect to the
characterization of motions, Florida courts place substance over form. In other words,

2

"if the motion is mislabeled, the court will look to the substance of the motion, not the label." Indus. Affiliates, Ltd. v. Testa, 770 So.2d 202, 204 n. 1 (Fla. 3d DCA 2000); see also Fire & Cas. Ins. Co. of Conn. v. Sealey, 810 So.2d 988, 992 (Fla. 1st DCA 2002) ("We agree that the true nature of a motion must be determined by its content and not by the label the moving party has used to describe it."). Thus, to justify a delay in the issuance of a certificate of title, the substance of the filing must constitute an objection to the foreclosure sale………..
Indymac Fed. Bank FSB v. Hagan, 104 So.3d 1232 (Fla. App. 2012)

**The statute controls the case law**, not the other way around. The Legislative body of government makes the laws.

The controlling statute is §45.031 (5) and it does not state "if no objections to the _sale bid price_ are filed within 10 days" :

"CERTIFICATE OF TITLE.—If no objections to the sale are filed within 10 days after filing the certificate of sale, the clerk shall file a certificate of title and serve a copy of it on each party in substantially the following form:….

…..The undersigned clerk of the court certifies that he or she executed and filed a certificate of sale in this action on ,  (year) , for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections."

According to the Florida BAR ethics, (a) An attorney has a duty to disclose and shall not knowingly: (1) make a false statement of fact or law to a tribunal or fail to correct a false statement of material fact or law (2) fail to disclose a material fact to a tribunal when disclosure is necessary to avoid assisting a criminal or fraudulent act by the client. However, the deception by Attorney Michelle Mason, Id., goes further in that the section in the State statute at 45.031(8) is completely separate from 45.031(5). State statute section 45.031(8) shows:

3

"(8)  VALUE OF PROPERTY.—The amount of the bid for the property at the sale shall be conclusively presumed to be sufficient consideration for the sale. Any party may serve an objection to the amount of the bid within 10 days after the clerk files the certificate of sale. If timely objections to the bid are served, the objections shall be heard by the court. Service of objections to the amount of the bid does not affect or cloud the title of the purchaser in any manner. If the case is one in which deficiency judgment may be sought and application is made for a deficiency, the amount bid at the sale may be considered by the court as one of the factors in determining a deficiency under the usual equitable principles."

Thus, Michelle Mason, Esq., supra., cannot lawfully state that only an Objection to the bid price has merit when filing a timely Objection to a foreclosure Sale and/or Certificate of Sale.

However, the heading on the State defendant's Objection was both the "Sale" and the "Certificate of Sale" was objected to. In regards to lack of standing due to lack of jurisdictional defects in assignments and transfers of title all the way back to the origin of the state plaintiff's foreclosure complaint, the Sale should have never occurred which led to the Certificate of Sale being docketed by the Clerk of the State Court.

Michelle Mason, Esq., for the State plaintiff, THE BANK OF NEW YORK MELLON,  FKA THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 205-9, has committed violation(s) of the Unfair and Deceptive Acts and Practice Laws of Florida State, fraud upon the court, amongst other errors and violations.

4

There was no original Note or record to take to a Foreclosure Judgment much less a Foreclosure Auction sale and a subsequent Certificate of Sale.

The Florida Appeals Court for this 2nd district ruled in 2017:

"At the close of the Bank's evidence, defense counsel moved to dismiss the case based on the insufficiency of the evidence pursuant to Florida Rule of Civil Procedure 1.420(b). Among other things, counsel argued that the Bank failed to introduce sufficient evidence that it possessed the original note, in violation of section 90.953, and that the Bank failed to introduce sufficient evidence of when the endorsement was placed on the note. The trial court denied the motion on these grounds and entered judgment in favor of the Bank.

Although a trial court's decision on the admissibility of evidence is reviewed for an abuse of discretion, that discretion is limited by the rules of evidence. See Sottilaro v. Figueroa , 86 So.3d 505, 507 (Fla. 2d DCA 2012). We apply a de novo standard of review to the extent that the trial court's ruling is an interpretation of the evidence code and case law construing the code. See id.

The Florida Evidence Code provides that an original of a writing is required to prove the contents of the writing, unless otherwise provided by statute. § 90.952. Section 90.953 allows for the admission of a duplicate "to the same extent as an original" unless certain exceptions [209 So.3d 644] apply. The exception relevant here is when the document is a negotiable instrument. See § 90.953(1). A promissory note is a negotiable instrument, see Stone v. Bank United , 115 So.3d 411, 413 (Fla. 2d DCA 2013), and thus the evidence code requires that the original be produced at trial, see § 90.953(1) ; see also Fair v. Kaufman , 647 So.2d 167, 168 (Fla. 2d DCA 1994) (recognizing that in a foreclosure action the original promissory note must be introduced into evidence at trial "or a satisfactory reason must be given for failure to do so"). Further, section 702.015(4), Florida Statutes (2014), requires that the original note be filed with the court before entry of a foreclosure judgment or a judgment on the note.

Because a promissory note is a negotiable instrument, it is necessary to surrender the original note to remove it from the stream of commerce and prevent the negotiation of the note to another person. See Deutsche Bank Nat'l Trust Co. v. Clarke , 87 So.3d 58, 61 (Fla. 4th DCA 2012) ; Perry v. Fairbanks Capital Corp. , 888 So.2d 725, 727 (Fla. 5th DCA 2004). In addition, "possession of the original note is a significant fact in deciding whether the possessor is entitled to enforce its terms." Clarke , 87 So.3d at 61. (ref); Heller v. Bank of Am., NA, 209 So. 3d 641 (Fla. App. 2017)….

…..The parties did not stipulate that the document in the court file was, in fact, the original note. Without a stipulation by the parties, the trial court cannot rely on an unsworn statement of counsel to make a factual determination. Blimpie Capital Venture, Inc. v. Palms Plaza Partners, Ltd. , 636 So.2d 838, 840 (Fla. 2d DCA 1994). And neither a trial court nor an appellate court can consider as fact an unproven statement that is documented only by counsel. Id. ; see also Deutsche Bank Nat'l Trust Co. v. Huber , 137 So.3d 562, 564 (Fla. 4th DCA 2014) (stating that the court could not make a leap of faith that a note surrendered to the clerk was the original when such a determination [209 So.3d 645] was not supported by the record before it in which only a copy of the note was admitted in evidence)." (ref again)
Heller v. Bank of Am., NA, 209 So. 3d 641 (Fla. App. 2017).


The above case law is very important in granting a preliminary injunction as:

Fed Civil Rule 65 (d) says Every order granting an injunction and every restraining order must:

(A) state the reasons why it issued;

(B) state its terms specifically; and

(C) describe in reasonable detail—and not by referring to the complaint or other document—the act or acts restrained or required.

(2) *Persons Bound.* The order binds only the following who receive actual notice of it by personal service or otherwise:

(A) the parties;

(B) the parties' officers, agents, servants, employees, and attorneys.

_____


The plaintiff in this federal cause of action filed a Notice of Lis Pendens on January

15th 2024 with an attached affidavit of the forensic auditor sworn true. (Exhibit H)  An

Amended Notice of Lis Pendens to include this US Middle District case (Exhibit I) with a Notice of Lis Pendens and Amendment was again entered into the State foreclosure case on January 25th 2024 (Exhibit J).

The State Plaintiff and the Hillsborough County clerks office received copies of those Lis Pendens. Id., so they were aware of its claim clouding title. There was an issue with them being properly recorded in the Official records where there was a delay, however this Plaintiff reached out to Director Lisa-Marie Kennedy for corrections, and she updated the official records. This Plaintiff has been denied recordings in the Official records in the Official records; the most recent recording denied was a Notice of Fraud Alert. As it appears, the Clerks office has a Fraud Alert set up however when this Plaintiff reported the fraud to the clerks office, no reply was given and a refusal to record the documents there for recording were refused and thus it would appear they are now party to the fraud as well.

The January 15th 2024 Notice of Lis Pendens was served and docketed one day prior to the Auction starting January 16th 2024. As the Lis Pendens was not set aside by any motion of the adverse party in the state case, the Lis Pendens stands as an obstacle to clear title and/or duly perfected title.  In addition, Ryan and Becki Maas have had a Common Law Lien Notice and Demand recorded since 2012 INSTRUMENT# 2012336341. At the time the SAID CLAIM DUE AT LAW IS $187,735.72.

7

The court filed a Notice of Sale of Dec. 15, 2023. On 12/23/2023, eight days later, the state defendant Becki Maas filed her Objection to that Notice of Sale. One of the primary defenses in that Objection, Id., is that the right to Trial by Jury in the Florida Constitution is Inviolate. The presiding state judge in the state foreclosure case did not agree and therefore overruled the Becki Ruth Maas Objection, Id. On January 9th 2024. There were (7) points in the Objection of 12/23/2023 by Becki Maas and point (1) has been violated by the state presiding judge since the foreclosure case commenced. The state judge has not issued Order(s) which express her findings of fact. ToWit:

"As a result of the comments received, the court again amended rule 1.530 on April 27, 2023, to make the requirement in subsection (a) applicable to both final and non-final orders. SeeIn re Amendments to Florida Rule of Civil Procedure 1.530, No. SC2022-0756 (Fla. Apr. 27, 2022) (explaining that the change is "applicable to all orders, not just final judgments, and makes clear that [the rule applies] only when a judge is required to make specific findings of fact and not when a party seeks to make other challenges to a trial court's order"). (ref): https://www.butler.legal/effective-imrnediately-fl0rida-rule-of-civil procedure- I -530a-applies- to-certain-non-final-orders"

But, point (2., 6., and 7.) in the Objection of 12/23/2023 by Becki Maas points to the incredible level of deception practiced by DELUCA LAW GROUP, in that point:

(2), says:

" Objection is made to Plaintiffs witness GIOVANNI AMAYA who lacks first hand testimony/knowledge to Plaintiff's evidence amounting only to hearsay. Hearsay and misinformation deprive this court of Subject Matter Jurisdiction and is a fraud upon the court. There was no substantive positive evidence presented before judgment, and NO firsthand competent material fact witness sworn under oath to verify any evidence in this matter. (Reference: je), "A judgment must be proved only by evidence entered on the record through a competent witness"; See: American Red Cross v. Community Blood Center of the Ozarks, 257 F.3d 859 (8th cir. 07/25/2001). UCC 3-204 there was no evidence of final endorsement of securities represented to indicate lack of standing in the

record to make a claim by plaintiff. See UCC 3-302 failed to produce evidence of being holder in due course with standing, after multiple securities were transferred. No evidence of these documents nor an injured party was present to testify to these non existing documents "

point (6.) says :

"Objection is made to Judge Melissa Polo denying the certified copy of Assignment of Mortgage prepared by David Stern, Florida Bar v. David Stern Supreme Court Ruling and Florida Bar Ethics Opinion to be proffered into evidence as exculpatory and or impeachment evidence."

and point (7) says:

"Objection is made to the securities of the "Original Note and Mortgage" proffered by the plaintiff's attorney was not equal to the court file that Judge Melissa Polo was holding." (see) Exhibit A Certified copy of securities Judge Melissa M. Polo was holding and State Plaintiff's witness was handed by Judge Melissa M. Polo to review as requested by Becki Maas; witness testified the securities were different and not equal to the copy of the securities proffered by Michelle Mason, which were not certified.

_____

The level of Misconduct and Misrepresentation went through the roof when the plaintiff in the state foreclosure case admitted in its Response on 01/09/2024:

From their Response Id.,: ….

"28.   Further. paragraph 25 of the subject mortgage, executed by the Defendant, specifically waives a jury trial regarding any action, proceeding or claim arising out of the mortgage and note.

29.   Defendant's sixth objection was that the Court did not admit the Defendant's certified copy of the assignment of mortgage. (Exhibit K)

9

30. Other than the certification of the assignment, it is identical to the one Plaintiff entered into evidence.

31. As to the Court excluding David Stern's Bar Ethics Opinion and Supreme Court Ruling, it was objected to as hearsay and irrelevant.

32. Finally. the seventh objection was that the original in the Court file had been altered.

33. Plaintiffs witness testified as to the purple ink which was now on the original that had been in the clerk's possession since 2016." (Exhibit L- Certified copy of court securities showing struck signatures according to UCC 3-604a) Judge Melissa Polo was holding the court file of the "Note and Mortgage" in her hands and threatened this plaintiff and paraphrase " there is a 5 year jail sentence for altering documents." It disturbs this Plaintiff, who is in honor and is all about integrity and telling the truth, that a judge would would appear to be accepting of fraud upon the court, demonstrate having unclean hands, and be participating in it as well therefore it would seem there are constitutional and procedural violations and lack of due process while operating in the courts for unjust enrichment.

---

This plaintiff in this lawsuit states the original note lacked an endorsement. The Defendant in the State Case being Becki Maas discovered the "Note" in the Court file had no intrinsic or extrinsic authority to move toward foreclosure: To Wit:

## FACTS STATEMENT

Pt. (1) Point (five. 5.) of the State complaint of May 10th 2012 shows the plaintiff stated: "Plaintiff owns and holds the note and subject mortgage".

Pt. (2)  The Note is dated August 5th 200[5], for the amount of $425,600.00.

Pt. (3)  The Mortgage is dated August 5th 200[5] but was not recorded until August 17, 2005.

Pt. (4)The Plaintiff in the cause of action filed on May 10th 20[12] is THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO IP MORGAN CHASE BANK NAAS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC …..

Pt. (5)The Lender on the original note is 4U DIRECT , INC . D/B/A NATIONS HOME LENDING CENTER, A FLORIDA CORPORATION.

Pt. (6)The original note attached to the complaint at filing May 10th 20[12] lacks an endorsement.

Pt. (7)The addendum to the note attached to the complaint at filing May 10th 20[12] also lacks an endorsement.

Pt. (8)The assignment of the Note lacks a date for the signature of Patrick C. Shanahan who appointed himself as a beneficiary of the Lender: 4U DIRECT , INC . D/B/A NATIONS HOME LENDING CENTER, A FLORIDA CORPORATION, and then had his alleged wife or daughter Beverly Shanahan sign off the line above the typeset only for Patrick C. Shanahan without a designation "for the President" or anyone else.

Pt. (9)The Assignment of Mortgage from MERS as nominee on behalf of 4U DIRECT , INC . D/B/A NATIONS HOME LENDING CENTER, A FLORIDA CORPORATION to THE BANK OF NEW YORK MELLON, FKA THE BANK OF

11

NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA

AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC

…..care of AMERICA'S SERVICING COMPANY, Ft. Mill, South Carolina, dated

December 17, 2009, recorded January 13, 2010 is not preceded by an endorsed Note or

an endorsed mortgage.

DEFENSE A:   The MERS position as an assignment nominee lacks an original

power of attorney and/or banking officer endorsement to convey the original Note

and/or the original Mortgage to another party, entity, or person.

DEFENSE B:  The plaintiff in the cause of action complaint of May 10th 2012 is

not named as the payee on either the note or the mortgage documents, nor is there a

special endorsement shown in the original documents of concern, Id.

"The first lesson in 'Foreclosures 101': a lender must prove it had standing before
the complaint is filed to foreclose on a mortgage." Peoples v. Sami II Trust 2006–AR6,
178 So.3d 67, 68 (Fla. 4th DCA 2015). "[S]tanding may be established from the
plaintiff's status as the note holder, regardless of any recorded assignments." McLean v.
JP Morgan Chase Bank Nat'l Ass'n, 79 So.3d 170, 173 (Fla. 4th DCA 2012). "If the note
does not name the plaintiff as the payee, the note must bear a special endorsement in
favor of the plaintiff or a blank endorsement." Id. The plaintiff may also show "an
affidavit of ownership to prove its status as the holder of the note." Id.

"If the note does not name the plaintiff as the payee, the note must bear a special
endorsement in favor of the plaintiff or a blank endorsement." Id. The plaintiff may also
show "an affidavit of ownership to prove its status as the holder of the note." see:
McLean v. JP Morgan Chase Bank Nat'l Ass'n, 79 So.3d 170, 173 (Fla. 4th DCA 2012),
supra.

DEFENSE C:  The party asserting the claim: THE BANK OF NEW YORK

MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP

12

head

MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET

MORTGAGE INVESTMENTS II INC  lacks the legal capacity to sue.

"Capacity to sue" is an absence of a legal disability which would deprive a party of the right to come into court. 59 Am. Jur. 2d Parties § 31 (1971). Standing requires sufficient interest in the outcome of litigation to warrant the court's consideration of its position. Keen v. Joseph C. Mackey and Co., 420 So. 2d 398 (Fla. 4th DCA 1982).

DEFENSE D:  THE BANK OF NEW YORK MELLON, FKA THE BANK OF

NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA

AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC

lacks standing to have commenced a foreclosure cause of action.

"A plaintiff's lack of standing at the inception of the case is not a defect that may be cured by the acquisition of standing after the case is filed and cannot be established retroactively by acquiring standing to file a lawsuit after the fact." LaFrance v. U.S. Bank Nat'l Ass'n, 141 So.3d 754, 756 (Fla. 4th DCA 2014) (citation omitted) (internal quotation marks omitted). Hepworth v. Wells Fargo Bank, N.A., 180 So.3d 1170 (Fla. App., 2015)

DEFENSE E: Once the Bank-Lender gets the Mortgage signed and pledged by the

uneducated, uninformed Borrower, not afforded 'full disclosure"; the Mortgage and

Note is securitized. After that the Bank(s) and/or Servicer(s) and/or Assignor(s) claim

they acquisition the debt instrument. They, Id., actually claim they are the holder of the

instrument: "note" or "security" or both. The plaintiff at bar stated in the original

complaint that it owns and holds the note and subject mortgage. Being as the plaintiff is

not the original Lender, the plaintiff acquisition the note, and is subject to the IRS statute

below: To Wit:

IRS Code says at 26 USC § 108(i)(4)(B) that securitizing the note cancels the

13

debt.

**28 USC § 108 (i)(4)(B**) Acquisition. --The term "acquisition" shall, with respect to any applicable debt instrument, include an acquisition of the debt instrument for cash, the exchange of the debt instrument for another debt instrument (including an exchange resulting from a modification of the debt instrument), the exchange of the debt instrument for corporate stock or a partnership interest, and the contribution of the debt instrument to capital.   Such term shall also include the complete forgiveness of the indebtedness by the holder of the debt instrument".

For specific reference in this instant Motion at bar, the defendant claims that any Summary Judgment granted to the plaintiff in this case at bar was based on insufficient facts, fraud upon the court, lack of due process, constitutional and procedural violations and/or by tampering with the evidence. To Wit:

**FLORIDA EVIDENCE CODE** :

**TAKING JUDICIAL NOTICE OF INFORMATION FOUND IN OTHER**

COURT RECORDS;  Background & Analysis;

 The Florida Evidence Code authorizes a court to take judicial notice of its own records, the records of other Florida courts, and records from any other state or federal court of the United States.

Section 90.201, Florida Statutes, lists matters that a court must take judicial notice of, including:

1.   Decisional, constitutional, and public statutory law and resolutions of the Florida Legislature and the Congress of the United States.

2.   Florida rules of court that have statewide application, its own rules, and the rules of United States courts adopted by the United States Supreme Court.

14

3.      Rules of court of the United States Supreme Court and of the United States Courts

of Appeal. Judicial notice of discretionary matters listed in §90.202, Florida

Statutes, can be noticed whether or not a party requests it, including, "(r)ecords of

any court of this state or of any court of record of the United States or of any state,

territory, or jurisdiction of the United States." §90.202(6), Florida Statutes.

However, if a party does request the court to take judicial notice of a record from this

section and satisfies the notice requirements of §90.203, then taking judicial notice

of these matters is mandatory.

_____

The Forensic auditor William Pataalo under penalty of perjury stated:
"The evidence clearly shows that the Plaintiff was never assigned the Note, nor

could it be the holder entitled to enforce it on behalf of Plaintiff because:

1.  The Note has no endorsement(s) or allonge(s).

2.  The Assignment of Promissory Note" is not attached or affixed to the Note, it is not

an allonge, it is undated, is not an endorsement "pay to the order of, without

recourse", and the copy attached to the complaint shows differing hole punch

marks.

3.   4UDirect, Inc.'s officers resigned on 4/30/2007 and the entity was inactive at the

time of the assignment in 2009 from the known criminal "David Stern" who was

charged and convicted (I recall) by the FL. A.G. for filing fraudulent foreclosure

documents such as your assignment. (underline emphasis, Becki Maas)

Hence, the Note was never negotiated to anyone by way of endorsement prior to 4UDirect, Inc. becoming inactive."


PLEASE TAKE JUDICIAL NOTICE


4UDirect, Inc.'s officers resigned on 4/30/2007 and the entity was inactive at the time of the assignment in 2009 from the known criminal "David Stern" who was charged and convicted (I recall) by the FL. A.G. for filing fraudulent foreclosure documents.

The gap in the chain of title assignments renders the Judgment of Foreclosure voidable and void. The court lacked subject matter jurisdiction over Title and Assignments as 4 UDirect, Inc.'s officers resigned on 4/30/2007 and the entity was inactive at the time of the assignment in 2009. This plaintiff asserts breach of contract by the Lender, Servicer(s), Plaintiff and plaintiff's lawyers. The plaintiff has suppressed evidence of the gap in the assignments, and has argued in bad faith.

The complaint at bar, in this United States District Court states in its opening:

1.   "This action is brought forth to rectify the substantial and egregious violations of the Truth in LendingAct (15 U.S.C. § 1601 et seq.), the Fair Debt Collection Practices Act (15 U.S.C. § 1692), Uniform Commercial Code, Breach of Trust, Breach of Contract, Deceptive Business Practices, Unjust Enrichment, Misappropriation of Funds, Securities Fraud and other applicable laws and statutes

16

and pertinent case law established to protect consumers from exactly the type of financial malpractice exhibited by the Defendants. In this action, Plaintiff Becki Ruth Maas seeks to hold Defendants accountable for their actions which have not only violated the sacred trust between lender and borrower but have also resulted in substantial financial and emotional damages to the Plaintiff."

Example of a Vacated Final Judgment Caused by Errors of Law:

Garcia v Stewart So.2d 1117(Fla. 4th Dist. Ct. May 2005)

In this case, Amado Garcia was correct that the court made an error by ordering disbursement to the condo association generated by a foreclosure sale of his unit. However, under Rule 1.540, reliefs from judgments can only occur under a limited set of circumstances, of which a legal error is not one. The rule does allow the court to relieve a final judgment if the judgment is **void. So, because the error caused the trial court to be without subject matter jurisdiction, the order was considered void and vacated**.

## PARTIAL MEMORANDUM OF LAW

'The law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a public officer.' Lytle v. Arkansas, 9 Howe 314, 13 L.Ed 153. Duluth & Iron Range Co. v. Roy, 173 US 587.

"It is a maxim of law, admitting few if any exceptions, that every duty laid upon a public officer for the benefit of a private person is enforceable by judicial process." Butterworth v. US ex rel Hoe, 112 US 50, 5 S.Ct. 25.

"A ministerial officer is liable for an injury done, where his acts are clearly against law." Tracy v. Swartwout. 10 Pet. 80, 9 L.Ed 354. … or where he acts willfully, maliciously, and unjustly, in a case within his jurisdiction.' Kendall v. Stokes, 3 How 789. and he may be liable in tort for misfeasance's which are violations of public laws or official duties.' Garland v. Davis, 4 Howe 131.

## NO DULY PERFECTED INTEREST

The Original Lender and/or Assignee and/or Servicer who sold/assigns/assigned the note and/or mortgage lacked standing as the REAL PARTY OF INTEREST under F.R.C.P. 12b (1)(2)(6) to institute or continue a foreclosure cause of action.

The Original Lender's "Perfected interest" was lost and could not follow a sold/assigned Mortgage after securitization; and therefore, no one can legally foreclose on any part of your Mortgage without "Perfected Interest."

**12 U.S.C. §1831(a)Permissible activities:**

**(1 )IN GENERAL :** After the end of the 1-year period beginning on December 19, 1991, an insured State bank may not engage as principal in any type of activity that is not permissible for a national bank unless—

**(A)**

the Corporation has determined that the activity would pose no significant risk to the Deposit Insurance Fund; and

**(B)**

the State bank is, and continues to be, in compliance with applicable capital standards prescribed by the appropriate Federal banking agency.

CONCLUSION, REQUEST FOR RELIEF

Plaintiff/Petitioner has no adequate remedy at law to redress the harm complained of, and the sale of the Plaintiff's/Petitioner's property, under the circumstances set forth herein, was and is contrary to equity and good conscience.

The specific facts set forth in this Verified Petition demonstrate that unless a Temporary injunction against the Certificate of Sale and/or Certificate of Title is

18

granted, that Plaintiff/Petitioner will suffer the irreparable injury, loss and damage of the loss of her home and eviction therefrom, and loss of all of her equity therein.

Under the circumstances the next step for the Defendant(s) is the Writ of Possession which would create an irreparable loss to the Plaintiff/Petitioner before the Defendants/Respondents may be heard in opposition to the relief requested herein if the emergency relief requested herein is not granted immediately.

Certification is set forth following the Verification of this Motion by Petitioners.

Under the circumstances of this case, where there is no harm to Defendants/Respondents with the granting of the requested relief, no bond should be required as a prerequisite to the granting of the relief requested herein as there are no costs or other damages which could be contemplated on the part of Defendant with the granting of the requested relief.

Petitioner requests that any requirement of a bond be waived in that Petitioners are unable to obtain or afford a bond of any kind or type.

Courts have long recognized that "[t]o satisfy the irreparable harm requirement, [p]laintiffs must demonstrate that absent a preliminary injunction they will suffer an injury that is neither remote nor speculative, but actual and imminent . . . ." *See Grand River*, 481 F.3d at 66 (internal citations omitted). Petitioner easily meets this standard.

> As it appears the Defendants have illegally and unlawfully continued this case against Plaintiff for over 13 years, despite multiple attempts at settling by this federal Plaintiff and any continued threat of loss of Plaintiff/Petitioner's home constitutes irreparable injury.

19

WHEREFORE, Petitioners respectfully request that this honorable Court immediately take jurisdiction of this matter and enter an Order granting temporary injunctive relief expressly precluding and canceling the foreclosure certificate of sale, certificate of title and writ of possession presently for the reasons set forth herein, and that the Court grant such other and further relief as the Court deems equitable, appropriate and just. The right to amend this petition is reserved by the plaintiff.

All rights reserved and preserved;

*Becki Maas,*

Authorized Representative for the
BECKI RUTH MAAS.
℅ 4522 West Village Drive pmb#154
Tampa, Florida 33624

## VERIFICATION

Plaintiff/Petitioner Becki Maas hereby verifies, under attestation of truth in the 1st amendment as a Christian that she has read the foregoing Petition for Temporary Injunction Order and that the facts contained therein are true and correct.

/S/ *Becki Maas*

## CERTIFICATION OF FONT SIZE AND WORD COUNT

The petitioner certifies she utilized times new roman font size 14 and that the word count for this petition is approximately 5,119 words.

**EXHIBITS:**

A-Certificate of Sale

B-Certificate of Title

C-Writ of Possession

D- MICHELLE MASON RESPONSE TO OBJECTION TO SALE

G- LIS PENDENS AFFIDAVIT OF WILLIAM PAALTO JAN. 15, 2024

H-AMENDED LIS PENDENS JANUARY 18, 2024

I- LIS PENDENS AND AMENDED JANUARY 25, 2024

K-DAVID STERN ASSIGNMENT OF MORTGAGE

L- CERTIFIED COPY OF COURT FILING NOTE & MORTGAGE SHOWING STRUCK SIGNATURE ACCORDING TO UCC 3-604A

## CERTIFICATE OF SERVICE

I certify that on February 2, 2024, a true and correct copy of the foregoing was served on all parties listed in the attached service list.

By:/s/ *Becki R. Maas*, Authorized Representative for the BECKI RUTH MAAS

℅ 4522 West Village Drive pmb#154
Tampa, Florida 33624

## SERVICE LIST

Nelson Mullins Riley & Scarborough, LLP
Counsel for JPMorgan Chase Bank, N.A.
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, Florida  33394

Rebecca A. Rodriguez  Rebecca.Rodriguez@nelsonmullins.com
Terrance W. Anderson, Jr.  TW.Anderson@nelsonmullins.com
Sophie.Labarge@nelsonmullins.com
Jenny.Sica@nelsonmullins.com

# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY GENERAL CIVIL DIVISION

BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2005-9,

     Plaintiff,

vs

BECKI MAAS; RYAN MAAS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR 4U DIRECT, INC, D/B/A NATIONS HOME LENDING CENTER; REGIONS BANK SUCCESSOR BY MERGER TO AMSOUTH BANK, WHETHER DISSOLVED OR PRESENTLY EXISTING TOGETHER WITH ANY GRANTEES, ASSIGNEES, CREDITORS, LIENORS, OR TRUSTEES OF SAID DEFENDANTS AND ALL OTHER PERSONS AND ALL OTHER PERSONS CLAIMING BY, THROUGH, UNDER AND AGAINST THE HEREIN NAMED DEFENDANT(S); et al.,

     Defendant(s).

CASE NUMBER: 12-CA-007544

Division C

## CERTIFICATE OF SALE

     The undersigned Clerk of the Court certifies that notice of public sale of the property described in the Order or Final Judgment was published in the **BUSINESS OBSERVER**, a newspaper circulated in Hillsborough County, Florida. On 01/16/2024, the property was offered for public sale to the highest and best bidder for cash. The highest and best bid received for the property was submitted by **GULF ATLANTIC INVESTMENTS LLC**., P. O. BOX 48061 TAMPA FL 33646 to whom the property was sold. The proceeds of the sale are retained for distribution in accordance with the Order or Final Judgment.

     WITNESS my hand and the seal of this court on 17th day of January, 2024.



CINDY STUART
CLERK OF THE COURT

12-CA-007544, 1/17/2024 10:54 AM

Darryl Khadaroo, AS DEPUTY CLERK

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Certificate of Sale has been furnished to all named parties by U.S. Mail or Email on 17th day of January, 2024.

CINDY STUART
CLERK OF THE COURT

12-CA-007544, 1/17/2024 10:54 AM

Darryl Khadaroo, AS DEPUTY CLERK

$595,100.00

# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY GENERAL CIVIL DIVISION

THE BANK OF NEW YORK MELLON, FKA
THE BANK OF NEW YORK, AS
SUCCESSOR IN INTEREST TO JP MORGAN
CHASE BANK, N.A. AS TRUSTEE FOR
STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC. BEAR STEARNS
ALT-A TRUST 2005-9, MORTGAGE PASSTHROUGH
CERTIFICATES, SERIES 2005-9,
    Plaintiff,

   vs

BECKI MAAS; et al
    Defendants

CASE NUMBER: 12-CA-007544

Division C

# CERTIFICATE OF TITLE

The undersigned Clerk of the Circuit Court certifies that he executed and filed a Certificate of Sale in this action on January 17, 2024, for the property described herein and that no objection to the sale has been filed within the time allowed for filing objections.

    The following property in Hillsborough County, Florida:
        SEE ATTACHED EXHIBIT "A"

was sold to:   **GULF ATLANTIC INVESTMENTS LLC.**
      P. O. BOX 48061
      TAMPA, FL  33646

    WITNESS my hand and the seal of this court on 29th day of January, 2024.



     **CINDY STUART**
     **CLERK OF THE COURT**

12-CA-007544, 1/29/2024 9:04 AM

**Regina Carvalho, AS DEPUTY CLERK**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Certificate of Title has been furnished to all named parties by U.S. Mail or Email on 29th day of January, 2024.



     **CINDY STUART**
     **CLERK OF THE COURT**

12-CA-007544, 1/29/2024 9:04 AM

**Regina Carvalho , AS DEPUTY CLERK**

Page **1** of **2**

## EXHIBIT "A"

CASE NUMBER: 12-CA-007544
Division C

**LOT 20, BLOCK 3, CARROLLWOOD SUBDIVISION UNIT NO. 1, ACCORDING
TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 35, PAGE 40, OF
THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.**

**Property Address: 10609 CARROLWOOD DR., TAMPA, FL 33618**

Page **2** of **2**

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

THE BANK OF NEW YORK MELLON FKA                          CASE NO.: 12-CA-007544
THE BANK OF NEW YORK, AS SUCCESSOR
IN INTEREST TO JP MORGAN CHASE BANK,
 N.A. AS TRUSTEE FOR STRUCTURED ASSET
MORTGAGE INVESTMENTS II IN. BEAR STERNS
ALT-A TRUST 2005-9, MORTGAGE ASST THROUGH
CERTIFICATES, SERIES 2005-9,
Plaintiff,

v.

BECKI MAAS; et al
Defendant(s),

## ORDER GRANTING PURCHASER'S AMENDMENT UNIFORM VERIFIED MOTION FOR WRIT OF POSSESSION IN FORECLOSURE CASE

THIS MATTER came for purchase's motion for writ of possession and Court being fully advised in the premises,

It is, ordered and adjudged:

1. The purchaser's motion for writ of possession is hereby **GRANTED** and;
2. Purchaser hereby recovers possession of the following real property:

   **LEGAL DESCRIPTION: LOT 20, BLOCK 3, CARROLLWOOD SUBDIVISION UNIT 1, ACCORDING THE PLAT THEREOF AS RECORDED IN PLAT BOOK 35, PAGE 40 PUBLIC RECORDS OF HILLSBOROUGH COUNTY FLORIDA.**

   **Property Address: 10609 Carrollwood Dr. Tampa, Florida 33618**

3. The clerk is directed to issue a writ of possession for this property forthwith against BECKI MAAS as well as any and all unknown occupants in possession.

**DONE AND ORDERED** in Hillsborough County, Florida this _____day of February 2024.

Electronically Conformed 2/1/2024
Melissa Polo _____

Circuit Court Judge

Copies is furnished to:

All parties on the attached Service list.

**SERVICE LIST**

BECKI MAAS
10609 Carrollwood Dr.
Tampa, Florida 33618

Regions Bank
1900 5th Avenue North
Birmingham, AL 35203-2610

Mortgage Electronic Registration System
1901 East Voorhees Street Suite C
Danville, IL 61834

Unknown Tenants
10609 Carrollwood Dr.
Tampa, Florida 33618

IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION
Case No.: 12-CA-007544

THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS
SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR
STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A
TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9,
     Plaintiff,

vs.

BECKI MAAS; *et. al.*,
     Defendants.
_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION TO SALE

     **COMES NOW** Plaintiff, THE BANK OF NEW YORK MELLON, FKA THE BANK
OF NEW YORK, AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS
TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR
STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
2005-9 (hereinafter "Plaintiff"), by and through its undersigned counsel, hereby files *Plaintiff's
Response in Opposition to Defendant's Objection to Sale*, and as grounds thereof hereby states as
follows:

     1.    A *Final Judgment of Foreclosure* was entered on December 12, 2023, with an
original sale date of January 16, 2024.

     2.    A foreclosure sale of the subject property was held on July 16, 2024, where the
property was sold to a third party and the clerk properly issued Certificate of Sale.

     3.    Defendant, Becki Maas (hereinafter "Defendant"), filed an *Objection to Sale*
(hereinafter "Objection") on January 26, 2024, and in support of his *Objection to Sale* primarily
states there were errors with the Non-Jury Trial and therefore the sale was invalid.

17-01881

4. Below are cases that encompass Florida's unambiguous standard regarding raising objections to a judicial foreclosure sale:

    a. *Valdes v. Deutsche Bank Nat'l Tr. Co.*, 333 So. 3d 739 (Fla. 3d DCA 2021).

      "("[T]he law is well established that **an objection to a foreclosure sale must be directed toward conduct that occurred at, or was directly related to, the foreclosure sale**.") (citing *IndyMac Fed. Bank FSB v. Hagan*, 104 So. 3d 1232, 1236 (Fla. 3d DCA 2012)."

    b. *Oliva v. Christiana Tr.*, 275 So. 3d 774 (Fla. 3d DCA 2019).

      "See § 45.031, Fla. Stat. (2018); *IndyMac Fed. Bank FSB v. Hagan*, 104 So. 3d 1232, 1236 (Fla. 3d DCA 2012) (holding: "**Florida case law is clear that the substance of an objection to a foreclosure sale under section 45.031(5) must be directed toward conduct that occurred at, or which related to, the foreclosure sale itself**"); *Mody v. Cal. Fed. Bank*, 747 So. 2d 1016, 1017-18 (Fla. 3d DCA 1999) (holding: "**In order to vacate a foreclosure sale, the trial court must find: (1) that the foreclosure sale bid was grossly or startlingly inadequate; and (2) that the inadequacy of the bid resulted from some mistake, fraud or other irregularity in the sale**.")"

5. Defendant's basis for the unverified objection has nothing to do with how the sale was conducted..

6. The Defendant has not pled any facts in support of its *Objection to Sale* that the foreclosure sale bid was grossly or startlingly inadequate **and** that the inadequacy of the bid resulted from some mistake, fraud or other irregularity in the sale.

12. Defendants are not entitled to an evidentiary hearing on an unverified motion.

**WHEREFORE** Plaintiff respectfully requests this Court to enter an Order overruling Defendant's Objection to Sale, issuing Certificate of Title forthwith, and granting any further relief this Court deems just and appropriate.

17-01881

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Electronic Mail pursuant to Rule 2.516 of the Fla. R. Gen. Prac. & Jud. Admin. and/or via U.S. Mail to all parties on the attached service list on this 29th day of January, 2024.

> */s/ MICHELLE MASON /s/*
> Michelle Mason, Esq.
> **DELUCA LAW GROUP, PLLC**
> 2101 NE 26th Street
> Fort Lauderdale, FL 33305
> Phone: (954) 368-1311 Fax: (954) 200-8649
> FL Bar Number: 864773
> Email: mmason@delucalawgroup.com
> **DESIGNATED PRIMARY E-MAIL FOR SERVICE PURSUANT TO FLA. R. JUD. ADMIN 2.516**
> service@delucalawgroup.com

## SERVICE LIST

**Case No**: 12-CA-007544

BECKI MASS
4200 SURFACE ROAD
COLUMBUS, OH 43228
sufficient@hush.com

BECKI MASS
10609 CARROLLWOOD DRIVE
TAMPA, FL 33618
sufficient@hush.com

REGIONS BANK SUCCESSOR BY MERGER TO AMSOUTH BANK
1900 5TH AVE NORTH
BIRMINGHAM, AL 35203-2610

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR 4U
DIRECT, INC, D/B/A NATIONS HOME LENDING CENTER
1901 EAST VOORHEES STREET, SUITE C
DANVILLE, IL 61834

UNKNOWN TENANT(S)
10609 CARROLLWOOD DRIVE
TAMPA, FL 33618

17-01881

GULF ATLANTIC INVESTMENTS, LLC
C/O JOE AFGHANI
3RD PARTY BUYERS
P.O. BOX 48061
TAMPA, FL 33646

17-01881

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION**

|  |  |
|---|---|
| **THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9,** | **Case No. 12-CA-007544** |
| **Plaintiff,** | **AFFIDAVIT OF PRIVATE INVESTIGATOR - WILLIAM J. PAATALO** |
| **v.** | |
| **BECKI MAAS, et. al.,** | |
| **Defendants.** | |

STATE OF MONTANA
COUNTY OF FLATHEAD

   BEFORE ME this day personally appeared William J. Paatalo, who, being first duly sworn and taking an oath, hereby certify as follows:

   1.    I am an Oregon licensed private investigator under ORS 703.430 and have met the necessary requirements under ORS 703.415. My Oregon PSID number is 49411.

   2.    I am over the age of eighteen years, am of sound mind, having never been convicted of a felony or a crime or moral turpitude. I am competent in all respects to make this Affidavit. I have personal knowledge of the matters declared herein, and if called to testify, I could and would competently testify thereto.

1. Affidavit of Private Investigator – William J. Paatalo

3.     I have 17 years combined experience in law enforcement and the mortgage industry, as well as ten years as a private investigator.  My Resume ("CV") is attached as "**Exhibit 1**."

4.     I have worked exclusively over the last 13– years, and have spent more than 15,000 hours conducting investigatory research and interviews related to mortgage securitization and chain of title analyses. Typically, my investigations are at the request of homeowners or their counsel with the objective of determining whether there are facts that corroborate both the actual assertions and implied statements contained in various documents that purport to transfer, deliver, or otherwise imply possession or ownership of a debt, note or mortgage (deed of trust in nonjudicial states).

5.     I have performed such analyses for residential real estate located in many states, including, but not limited to Washington, Oregon, California, Arizona, Nevada, Florida, Ohio, Montana, New Jersey, and several others.

6.     As of this date, I have conducted more than 1,200 investigations in this area.

7.     Because of my education and experience I am familiar with and have sufficient training and expertise to qualify as an expert, and I have testified as an expert and/or expert "fact witness" in state and federal judicial proceedings in various jurisdictions throughout the United States.

8.     My specific areas of expertise that have been deemed qualified by the courts are as follows:

• Knowledge of the "Pooling & Servicing Agreements" and various Securities & Exchange Commission (SEC) filings associated with mortgage-backed securitized trusts.

• Specific language in the PSA's and Prospectus / Prospectus Supplements involving securitization participants, key dates, "Servicer Advances,"

2. Affidavit of Private Investigator – William J. Paatalo

1  sources of third-party payments, and transfer and conveyancing requirements to

2  name a few.

3  •  Knowledge and use of ABSNet / MBSData and the interpretation of
its internal accounting data showing "advance payments" made to the certificate

4  holders / investors, as well as other information specific to accounting, chain of

5  title, and other aspects of securitization.

6  •  Chain of Title analyzes based upon publicly recorded documents,
documents produced in discovery, and documents attached as exhibits to

7  foreclosure complaints. Documents typically included mortgages, deeds of trust,

8  assignment, notes, and allonges; in addition to documents filed under penalty of
perjury with the SEC.

9

10  9.  I was retained by the Defendant in this matter to review the complaint

11  and Plaintiff's assertions that it holds the original Note via an assignment with

12  rights to enforce the remedy of foreclosure.

13  10.  Defendant has been representing herself pro se. From experience,

14  homeowners acting pro se become justifiably confused, and not aware of their

15  rights, by virtue of the actions of supposed mortgagees and beneficiaries who have

16  no rights at all, or debt collectors posing as "servicers" who act contrary to law.

17  11.  Sometimes, in my experience, these violations and document

18  "irregularities" are viewed as being hyper-technical, and the homeowners'

19  complaints are deemed dilatory or insincere by the courts. But sometimes (as here)

20  the Plaintiff filed this foreclosure action, and has maintained this action for nearly

21  12-years, in apparent violation of FL Statute 865.09(3)(a) whereby the named

22  lender on the subject Mortgage failed to register the fictitious business name

23  "Nations Home Lending Center."

24  12.  The subject Mortgage was originated on or about August 5, 2005 with the

25  named lender "4UDirect, Inc. D/B/A Nations Home Lending Center, a Florida

26  Corporation." I ran a check of both business names individually, "4UDirect, Inc."

27

3. Affidavit of Private Investigator – William J. Paatalo

and "Nations Home Lending Center" with the Florida Division of Corporations official governmental website www.sunbiz.org. "4UDirect, Inc." was registered on July 9, 1999 with its status showing "inactive – pending reinstatement" as of January 29, 2016 (**Exhibit 2**). The records show this entity has never been formally reinstated in the State of Florida. It is curious that this entity attempted to reinstate in 2016 during the pendency of this action but never followed through.

13. I ran the entity name "Nations Home Lending Center" in the "Fictitious Name" search tool and the "Entity Name" search tool which revealed no registration of this business name (**Exhibit 3**). In addition, attached as **Exhibit 4** are the historical filings by "4UDirect, Inc." with the State of Florida showing no registration or request for the use of the fictitious business name "Nations Home Lending Center."

14. It appears from my research that the Florida statutes regarding fictitious business entities in 2005 was essentially the same as it exists currently:

**865.09  Fictitious name registration.**—

(1)  SHORT TITLE.—This section may be cited as the "Fictitious Name Act."

(2)  DEFINITIONS.—As used in this section, the term:

(a)  "Business" means any enterprise or venture in which a person sells, buys, exchanges, barters, deals, or represents the dealing in any thing or article of value, or renders services for compensation.

(b)  "Division" means the Division of Corporations of the Department of State.

(c)  "Fictitious name" means any name under which a person transacts business in this state, other than the person's legal name.

(d)  "Registrant" means a person who registers a fictitious name with the division.

(3)  REGISTRATION.—

(a)  A person may not engage in business under a fictitious name unless the person first registers the name with the division by filing a registration listing:

1.  The name to be registered.

2.  The mailing address of the business.

3.  The name and address of each registrant.

4. Affidavit of Private Investigator – William J. Paatalo

5. Certification by at least one registrant that the intention to register such fictitious name has been advertised at least once in a newspaper as defined in chapter 50 in the county in which the principal place of business of the registrant is or will be located.

6. Any other information the division may reasonably deem necessary to adequately inform other governmental agencies and the public as to the registrant so conducting business.

(b)  Such registration shall be accompanied by the applicable processing fees and any other taxes or penalties owed to the state.

(9)  PENALTIES.—

(a)  If a business fails to comply with this section, neither the business nor the person or persons engaging in the business may maintain any action, suit, or proceeding in any court of this state with respect to or on behalf of such business until this section is complied with. An action, suit, or proceeding may not be maintained in any court of this state by any successor or assignee of such business on any right, claim, or demand arising out of the transaction of business by such business in this state until this section has been complied with.

(c)  Any person who fails to comply with this section commits a noncriminal violation as defined in s. 775.08, punishable as provided in s. 775.083.

15.  Plaintiff claims to be the assignee of the subject Mortgage and Note by virtue of an assignment executed on December 17, 2009 from "*Mortgage Electronic Registration Systems, Inc. as nominee for 4UDirect, Inc. d/b/a Nations Home Lending Center*." (*Compl. Ex.C*). Hence, it appears that the Plaintiff, as assignee of the illegal entity "4UDirect, Inc. d/b/a Nations Home Lending Center" has filed and maintained this action in violation of Florida law.

**Further affiant sayeth not.**

By: _____
William J. Paatalo

5. Affidavit of Private Investigator – William J. Paatalo

1    SWORN TO AND SUBSCRIBED before me on this 13th day of
January 2024 by William J. Paatalo, who produced the following

2    identification: _Driver License_____ and who took an oath.

3

4    My commission expires:    9-21-26   Notary Public – State of Montana

5

6

7        JAMIE SIMPSON
          NOTARY PUBLIC for the
          State of Montana

8           Residing at Whitefish, MT
          My Commission Expires
          September 21, 2026

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

6. Affidavit of Private Investigator – William J. Paatalo

Exhibit 1

# William J. Paatalo

476 Labrie Drive
Whitefish, MT 59937
Office: 1-(888)-582-0961
bill.bpia@gmail.com

## Curriculum Vitae

William Paatalo has been a licensed private investigator since September of 2009. He has 17 years combined experience in both law enforcement and the mortgage industry which he has utilized to become a leading expert in the areas of chain of title analyses and securitization. He was a police officer with the St. Paul, Minnesota Police Department from 1990-1996 where he was assigned "Field Training Officer" duties in only his second year on the job and received multiple commendations.

Mr. Paatalo worked in the mortgage industry as a "loan officer" with Conseco Home Finance from 1999 – 2000, followed by two years of being a branch manager for multiple mortgage brokering firms. From 2002 – 2008, he became the President of Midwestern Mortgage, LLC f/k/a Wissota Mortgage, LLC in Wisconsin and Minnesota. As President of Wissota Mortgage, LLC, Mr. Paatalo was responsible for overseeing the origination, processing, and underwriting of mortgage loans, as well as managing a staff of 17 employees.

Mr. Paatalo has worked exclusively since 2010 investigating foreclosure fraud, chain of title, the securitization of residential and commercial mortgage loans, and accounting issues relevant to alleged "defaults, and has spent more than 15,000 hours conducting investigatory research specifically related to mortgage securitization and chain of title analysis. He has performed such analyses for residential real estate located in many states, including but not limited to, Washington, Oregon, California, Nevada, Florida, Montana, Texas, Arizona, Ohio, New Jersey, and several other states. To date, Mr. Paatalo has conducted more than 1,200 investigations across the U.S. and has provided written expert testimony in the form of affidavits and declarations in approximately 300 -350 cases nationwide.  Mr. Paatalo has been qualified in both state and federal courts as an expert, and personally appeared and testified at trial in the cases

1. CV – William J. Paatalo

outlined below. This experience has led to Mr. Paatalo becoming one of the leading national experts in this field.

Mr. Paatalo's specific areas of expertise allowed by the courts in the cases referenced below are as follows:

- Knowledge of the "Pooling & Servicing Agreements" and various Securities & Exchange Commission (SEC) filings associated with mortgage-backed securitized trusts.
- Specific language in the PSA's and Prospectus / Prospectus Supplements involving securitization participants, key dates, "Servicer Advances," sources of third-party payments, and transfer and conveyancing requirements to name a few.
- Knowledge and use of the Bloomberg Terminal, ABSNet, MBSData and the interpretation of its internal accounting data showing "advance payments" made to the certificateholders / investors, as well as other information specific to accounting, chain of title, and other aspects of securitization.
- Chain of Title analyses based upon publicly recorded documents, documents produced in discovery, and documents attached as exhibits to foreclosure complaints. Documents typically include mortgages, deeds of trust, assignments, notes, and allonges; in addition to documents filed under penalty of perjury with the SEC.

## Relevant Experience:

- Police Officer / "Field Training Officer" – St. Paul, MN 1990-1996.
- Oregon licensed private investigator under ORS 703.430, and has met the necessary requirements under ORS 703.415. To obtain his PI license, Mr. Paatalo met the requirement of 5,000 hours of investigation experience in the law enforcement field and passed a thorough background investigation and criminal history check.
- Member of the "Oregon Association of Licensed Investigators" (OALI.)
- President of Midwestern Mortgage, LLC f/k/a Wissota Mortgage, LLC in Wisconsin and Minnesota from 2002 – 2008.

## Achievements:

- "2013 - Fraud Investigator of the Year" – "The Foreclosure Hour with Gary Dubin" – KHVH – AM, Honolulu, HI.
- Guest Speaker "Illinois Association of Foreclosure Defense Attorneys" – February 20, 2017. (http://www.afdaillinois.org/)
- Presenter in the March 2018 webinar titled "Mastering Discovery And Evidence In Foreclosure Defense" sponsored by Neil Garfield, Esq., The Garfield Firm, and GTC Honors, LLC.
- Co-Authored eBook titled "Table-Funding And Securitization Go Hand In Hand" – December 2015.

## Education:

A.A.S. – Law Enforcement – Normandale C.C., Bloomington, MN – 1986
University of North Alabama, Florence, AL 1986-1987 – Marketing Public Relations
Marketing Management Certificate – Concordia University, St. Paul, MN 2001

## Expert Testimony (Trial):

### FEDERAL CASES

#### MONTANA

*Robert T. Fanning, Debtor – U.S. Bankruptcy Court, District of Montana – BK Case No. 10-61660*

#### CALIFORNIA

*Rivera v. Deutsche Bank National Trust Company, U.S. BK Court, Northern CA – Oakland – Case No. 14-54193-MEH-13.*

#### WASHINGTON D.C.

*Quinteros v. National Home Investors, et.al.,U.S.BK Court, D.C., Case No. 19-00195-SMT.*

## OREGON

*Brent Evan Webster aka Webster Technologies, Debtor – U.S. Bankruptcy Court, District of Oregon, Case No. 19-34090-pcm13*

*Medford, LLC, Debtor – U.S. Bankruptcy Court, District of Oregon, Case No. 23-30153-pcm11*

## STATE CASES

### CALIFORNIA

*Dang v. HSI Asset Securitization Trust 2006-OPT1, Mortgage-Pass-Through Certificates, Series 2006-OPT1, California Superior Court, County of Alameda, Case No. RG14743930*

*Koeppel v. Central Pacific Mortgage, California Superior Court, County of Monterey, Case No. M133160.*

*PennyMac Holdings, LLC v. Mario Carini, et. al., California Superior Court, County of San Diego, Case No. 37-2017-00039675-CL-UD-CTL.*

### CONNECTICUT

*JPMorgan Chase Bank, N.A. v. Geronimos et. al., Connecticut Superior Court, Stamford/Norwalk, Case No.FST-CV13-6017139-S*

### FLORIDA

*U.S. Bank as Trustee for WMALT 2006-AR5 v. Paul Landers, et al., 20th Judicial Circuit for Lee County, FL Case No.: 14-CA-051647*

*Bank of America, N.A. v. Jorge A. Castro, et al., 17th Judicial Circuit for Broward County, FL Case No.: 12-06339-11*

*U.S. Bank Trust NA as Trustee for LSF9 Master Participation Trust v. James K. Murphy, et al., 15th Judicial Circuit for Palm Beach County, FL Case No.: 50-2017-CA-012236-XXXX-MB*

*Deutsche Bank National Trust Co. v. Mervilus, et al., 17th Judicial Circuit for Broward County, FL Case No.: CACE-18-006661*

*Wilmington Savings Fund Society v. LeBlanc, 20th Judicial Circuit for Charlotte County, FL Case No. 16-CA-1380*

**OHIO**

*Washington Mutual Bank fka Washington Mutual Bank, F.A. v. Jon A. Smetana, et al.,In The Court of Common Pleas, Cuyahoga County, Ohio Case No.CV-08-652392*

**OREGON**

*U.S. Bank, N.A.as Trustee v. Natache D. Rinegard-Guirma, et al. - Circuit Court For The State Of Oregon, County Of Multnomah - Case No. 1112-16030*

*Dysinger v. Wilmington Savings Fund society, FSB, et al. - Circuit Court For The State Of Oregon, County Of Multnomah - Case No. 22CV31688*

*Wilmington Trust, N.A. successor Trustee to Citibank, NA, as Trustee for the Bear Stearns Asset Backed Securities Trust 2007-SD1 v. Reeves, et. al - Circuit Court For The State Of Oregon, County Of Jackson - Case No. 22LT11014*

**PENNSYLVANIA**

*U.S. Bank National Association as Trustee for SAIL 2005-7 v. Beggin, Court of Common Pleas, Montgomery County Case No. 2014-04007*

**NEW YORK**

*Deutsche Bank National Trust Company, as Trustee v. Ledgerwood, Sup, Ct NY, Co. Richmond, Case No. 135896/2016*

**NEVADA**

*Kramer v. National Default Servicing Corp., Dist. Ct, Clarke County, NV Case No. 18-CV-00663*

**MISSOURI**

*HSBC Bank USA, N.A. v. Spence – Circuit Court, Green County, MO Cases: 3117-CC00213, 3117-CC00214, 3117-CC00215, 3117-CC00216, 3117-CC00217.*

5. CV – William J. Paatalo

<u>*Wells Fargo Bank, N.A. v. Spence – Circuit Court, Green County, MO Case No. 1731-CC00228*</u>

Exhibit 2

DIVISION OF CORPORATIONS



## Detail by Entity Name

Florida Profit Corporation
4UDIRECT, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P99000063286 |
| **FEI/EIN Number** | 65-0937940 |
| **Date Filed** | 07/09/1999 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | PENDING REINSTATEMENT |
| **Event Date Filed** | 01/29/2016 |

### Principal Address

5944 CORAL RIDGE DRIVE
SUITE 309
CORAL SPRINGS, FL 33076

Changed: 04/30/2007

### Mailing Address

5944 CORAL RIDGE DRIVE
SUITE 309
CORAL SPRINGS, FL 33076

Changed: 04/30/2007

### Registered Agent Name & Address

ARMPRIESTER LAW OFFICES
1350 E. NEWPORT CENTER DRIVE
SUITE 101
DEERFIELD BEACH, FL 33442

### Officer/Director Detail

### Name & Address

Title VDS

SHANAHAN, BEVERLY
5944 CORAL RIDGE DRIVE #309
CORAL SPRINGS, FL 33076

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2005 | 02/04/2005 |
| 2006 | 01/19/2006 |
| 2007 | 04/30/2007 |

**Document Images**

| | |
|---|---|
| 06/15/2009 -- Reg. Agent Resignation | View image in PDF format |
| 07/18/2007 -- Off/Dir Resignation | View image in PDF format |
| 04/30/2007 -- ANNUAL REPORT | View image in PDF format |
| 08/31/2006 -- Reg. Agent Change | View image in PDF format |
| 01/19/2006 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2003 -- Amendment | View image in PDF format |
| 02/26/2003 -- ANNUAL REPORT | View image in PDF format |
| 10/25/2002 -- Amendment | View image in PDF format |
| 03/13/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/08/2000 -- ANNUAL REPORT | View image in PDF format |
| 07/09/1999 -- Domestic Profit | View image in PDF format |

Exhibit 3

DIVISION OF CORPORATIONS



Previous List    Next List

Fictitious Name Search

[Submit]

# Fictitious Name List

| Fictitious Name | Address | City | State | County | Status |
|---|---|---|---|---|---|
| NATIONS CONSTRUCTION | 201 ANSIN BLVD. | HALLANDALE BEACH | FL | BROWARD | A |
| NATIONS CONSTRUCTION | 470 ANSIN BLVD | HALLANDALE | FL | MULTIPLE | C |
| NATIONS CONSTRUCTION | 470 ANSIN BLVD. #AA | HALLANDALE | FL | MULTIPLE | E |
| NATIONS COOL AIR | 470 ANSIN BLVD., UNIT AA | HALLANDALE BEACH | FL | BROWARD | E |
| NATIONS CUSTOM CABINETS | 18021 BISCAYNE BLVD | AVENTURA | FL | MIAMI-DADE | A |
| NATION SECURITY | 1500 NW 89 CT | DORAL | FL | MIAMI-DADE | A |
| NATION SECURITY | 3905 NW 107 AVE | DORAL | FL | MULTIPLE | A |
| NATION SECURITY | 933 WEST COMMCERCIAL BLVD | FORT LAUDERDALE | FL | BROWARD | E |
| NATIONS EQUIPMENT | 6150 PORTER RD | SARASOTA | FL | SARASOTA | E |
| NATIONS EV & OFFROAD | 8800 THOMAS DR | PANAMA CITY BEACH | FL | BAY | A |
| NATION'S FINEST | 3471 SYCAMORE LANE | GULF BREEZE | FL | SANTA ROSA | E |
| NATION'S FIRST MORTGAGE | 310 A MAIN STREET | LEBANON | NJ | MULTIPLE | A |
| NATIONS FORGIVE NETWORK | 608 WHIPPOORWILL DRIVE | ORLANDO | FL | MULTIPLE | E |
| NATIONS GLASS | 10825 NW 17 STREET | MIAMI | FL | MULTIPLE | E |
| NATIONS GROUP REALTY | 36625 US HWY 19 NORTH | PALM HARBOR | FL | PINELLAS | E |
| NATIONS HEALTH BENEFITS | 1152 N UNIVERSITY DRIVE | PEMBROKE PINES | FL | BROWARD | E |
| NATIONS HEALTH GROUP | 1152 NORTH UNIVERSITY DRIVE | PEMBROKE PINES | FL | BROWARD | E |
| NATIONS HEALTH GROUP | 13975 NW 22 CT | PEMBROKE PINES | FL | BROWARD | C |
| NATIONS HEALTH SOLUTIONS | 20725 N.E. 16TH AVE. | MIAMI | FL | MIAMI-DADE | E |
| NATIONSHEARING | 8050 SW 10TH ST,SUITE 4200 | PLANTATION | FL | BROWARD | A |

Previous List    Next List

Fictitious Name Search

[Submit]

Florida Department of State, Division of Corporations

DIVISION OF CORPORATIONS



Previous List    Next List

Fictitious Name Search

Submit

# Fictitious Name List

| Fictitious Name | Address | City | State | County | Status |
|---|---|---|---|---|---|
| NATIONS INSURANCE & FINANCIAL ADVISORS | 924 NW 128 PLACE | MIAMI | FL | MULTIPLE | E |
| NATIONSINSURANCEQUOTE.COM | 4770 BUCIDA ROAD | BOYNTON BEACH | FL | MULTIPLE | E |
| NATIONSINSURANCE SALES | 1801 NW 66TH AVE | PLANTATION | FL | BROWARD | A |
| NATIONS INSURANCE SOLUTIONS | 1801 NW 66TH AVE, STE 100 | PLANTATION | FL | MULTIPLE | A |
| NATIONS INSURANCE SOLUTIONS | 1801 NW 66TH AVE, SUITE 100 | PLANTATION | FL | BROWARD | A |
| NATIONS LENDING | 4 SUMMIT PARK DRIVE | INDEPENDENCE | OH | MULTIPLE | A |
| NATIONS MARKETING GROUP | 2801 N. UNIVERSITY DRIVE | CORAL SPRINGS | FL | BROWARD | A |
| NATIONS MEDICAL TRANSPORTATION | 1235 PROVIDENCE BLVD R #1005 | DELTONA | FL | MULTIPLE | A |
| NATION'S MOLD REMEDIATION FORT LAUDERDALE, INC. | 515 E LAS OLAS BLVD | FORT LAUDERDALE | FL | BROWARD | A |
| NATIONS MORTGAGE | 300 S PINE ISLAND RD STE 304 | PLANTATION | FL | BROWARD | A |
| NATIONS NRG CONSULTANCY | 1001 BRICKELL BAY DR | MIAMI | FL | MIAMI-DADE | A |
| NATIONS OFF-LEASE | 3700 S ORLANDO DR | SANFORD | FL | SEMINOLE | E |
| NATIONS PAINTING & WATERPROOFING | 201 ANSINS BLVD. # A | HALLANDALE BEACH | FL | BROWARD | A |
| NATIONS PAINTING & WATERPROOFING | 4920 SW 27 AVENUE | FORT LAUDERDALE | FL | MULTIPLE | C |
| NATIONS PARKING SERVICES | P.O. BOX 325 | DEERFIELD BEACH | FL | MULTIPLE | E |
| NATIONS PHARMACY | 8269 COMMERCIAL WAY | WEEKI WACHEE | FL | HERNANDO | E |
| NATIONS PROPERTY MANAGEMENT LLC | 2073 PALMETTO ST | MIDDLEBURG | FL | CLAY | A |
| NATIONS REAL ESTATE | 2325 FRANKFORD AVE | PANAMA CITY | FL | BAY | E |
| NATIONS REAL ESTATE SERVICES LLC | P.O. BOX 15849 | PANAMA CITY | FL | BAY | E |
| NATIONS REALTY | 12929 REAVES ROAD | WINTER GARDEN | FL | MULTIPLE | A |

Previous List    Next List

Fictitious Name Search

Submit

Florida Department of State, Division of Corporations

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search By Entity Name /

Next List

Nations Home Lending Cent
Search

## Entity Name List

| Corporate Name | Document Number | Status |
|---|---|---|
| NATIONS HOME LOAN CORPORATION | F00000000807 | CROSS RF |
| NATIONS HOME LOAN CORPORATION OF MICHIGAN | F00000000807 | INACT |
| NATIONS HOME LOANS CORPORATION | F04000005393 | NAME HS |
| NATIONS HOME LOANS, LLC | M20000002789 | NAME HS |
| NATIONS HOME MORTGAGE CORPORATION | F01000004054 | CROSS RF |
| NATIONS HOME MORTGAGE CORP. | P00000011155 | INACT |
| NATIONS HOME SAVERS, INC. | P08000009302 | INACT |
| NATIONS HOMES REALTY CORP. | P04000036096 | INACT |
| THE NATIONS HOPE, INC. | N04000004437 | Active |
| NATIONS HOUSE OF FRAGRANCE AND MORE LLC | L23000009487 | Active |
| NATIONS HOUSING, CORP. | P98000086849 | INACT |
| NATIONSIDE MORTGAGE, INC. | F05000003804 | INACT |
| NATION SIGNS, INC. | P99000036007 | INACT |
| NATIONS & IKON CONSTRUCTION LLC | L10000109750 | INACT |
| NATIONS IN ACTION INC. | N17000010823 | Active |
| NATIONS IN ACTION GLOBALLY LIFTING UP FUND INC. | N17000012336 | Active |
| NATIONS INDUSTRIAL EQUIPMENT SUPPLY LLC | L20000153044 | INACT |
| NATIONS INNOVATION, LLC | L11000060845 | INACT |
| NATIONS INSURANCE, INC. | P06000023680 | INACT |
| NATIONS INSURANCE, INC. | P23000040934 | Active |

Next List

Nations Home Lending Cent
Search

Florida Department of State, Division of Corporations

Exhibit 4



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of 4UDIRECT, INC., a corporation organized under the laws of the State of Florida, filed on July 9, 1999, as shown by the records of this office.

The document number of this corporation is P99000063286.

I further certify that said corporation was administratively dissolved on September 26, 2008.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Twenty-sixth day of February, 2014

Ken Detzner
Secretary of State

CR2E022 (1-11)

# TRANSMITTAL LETTER

**P 99 0000 63286**

Department of State
Division of Corporations
P. O. Box 6327
Tallahassee, FL 32314

000002927050--1
-07/09/99--01039--017
*****87.50  *****87.50

SUBJECT: _____4udirect, Inc._____
(Proposed corporate name - must include suffix)

99 JUL -9 AM 7: 51
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

Enclosed is an original and one(1) copy of the articles of incorporation and a check for :

☐ $70.00
Filing Fee

☐ $78.75
Filing Fee
& Certificate of Status

☐ $78.75
Filing Fee
& Certified Copy

☒ $87.50
Filing Fee,
Certified Copy
& Certificate of
Status

**ADDITIONAL COPY REQUIRED**

FROM: _____Beverly A. Ball_____
Name (Printed or typed)

_____4369 SW 10th Place_____
Address

_____Deerfield Beach, FL  33442_____
City, State & Zip

_____(954) 429-9731  or  (954)328-0220_____
Daytime Telephone number

R CHESSER   JUL 1. 6 1999

**NOTE: Please provide the original and one copy of the articles.**

# ARTICLES OF INCORPORATION

*The undersigned incorporator, for the purpose of forming a corporation under the Florida Business Corporation Act, hereby adopts the following Articles of Incorporation.*

## ARTICLE I   NAME
The name of the corporation shall be:

    4udirect, Inc.

## ARTICLE II   PRINCIPAL OFFICE
The principal place of business and mailing address of this corporation shall be:

    4369 SW 10th Place
    Deerfield Beach, FL 33442

## ARTICLE III   SHARES
The number of shares of stock that this corporation is authorized to have outstanding at any one time is:

    1,000

## ARTICLE IV   INITIAL REGISTERED AGENT AND STREET ADDRESS
The name and Florida street address of the initial registered agent are:

    Beverly A. Ball
    4369 SW 10th Place   # 304
    Deerfield Beach, FL 33442

## ARTICLE V   INCORPORATOR
The **name and address** of the incorporator to these Articles of Incorporation are:

    Beverly A. Ball
    4369 SW 10th Place     # 304
    Deerfield Beach, FL  33442

*Signature/Incorporator*               July  6, 1999

                                         **Date**

Beverly A. Ball

*(An additional article must be added if an effective date is requested.)*

*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent*

*Signature/Registered Agent*         July 6, 1999

                                        **Date**

Beverly A. Ball

99 JUL -9 AM 7:51
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

# 2000 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT #** P99000063286

**1. Entity Name**

4udirect. Inc.

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS

00 MAY -8 AM 10: 15

Principal Place of Business

4369 SW 10th Place #304
Deerfield Beach. FL 33442

Mailing Address

| 2. Principal Place of Business | 3. Mailing Address | 03-15-00  90053  017  $150.00 |
|---|---|---|
| Same as above | Same as above | DO NOT WRITE IN THIS SPACE |
| Suite, Apt. #, etc. | Suite, Apt. #, etc. | |
| City & State | City & State | **4.** FEI Number  65-0937940 / Applied For / Not Applicable |
| Zip / Country | Zip / Country | **5.** Certificate of Status Desired ☐  $8.75 Additional Fee Required |

| **6. Name and Address of Current Registered Agent** | **7. Name and Address of New Registered Agent** |
|---|---|
| Beverly Ball<br>4369 SW 10th Place #304<br>Deerfield Beach. FL 33442 | Name<br>Street Address (P.O. Box Number is Not Acceptable)<br>City _____ FL ____ Zip Code |

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Signature, typed or printed name of registered agent and title if applicable     [NOTE: Registered Agent signature required when reinstating]     DATE

**9.** This corporation is eligible to satisfy its intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

**FILE NOW!!! FEE IS $150.00**
**After MAY 1, 2000 Fee will be $550.00**
**Make Check Payable to Department of State**

**10.** Election Campaign Financing Trust Fund Contribution. ☐     **$5.00** May Be Added to Fees

| **11.** OFFICERS AND DIRECTORS | | **12.** ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE President<br>NAME Beverly Ball<br>STREET ADDRESS 4369 SW 10th PL #304<br>CITY-ST-ZIP Deerfield Beach. FL 33442 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

CR2E034 (9/99)

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** Beverly G. Ball     5/3/00     (954)346-8384

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR     Date     Daytime Phone #

# 2001 UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT # P99000063286**

**1. Entity Name**

**4UDIRECT, INC.**

| Principal Place of Business | Mailing Address |
|---|---|
| 116 NORTH FEDERAL HWY.<br>DEERFIELD BEACH FL 33441 | 116 NORTH FEDERAL HWY.<br>DEERFIELD BEACH FL 33441 |

**FILED**
## Feb 20, 2001 8:00 am
## Secretary of State
02-20-2001 90028 025 ***150.00

**2. Principal Place of Business**  116 N. Federal Hwy.
Suite, Apt. #, etc.

**3. Mailing Address**  116 N. Federal Hwy.
Suite, Apt. #, etc.

City & State  Deerfield Beach FL
Zip 33441   Country Broward

City & State  Deerfield Beach FL
33441   Country Broward

DO NOT WRITE IN THIS SPACE

**4. FEI Number** 65-0937940     Applied For ☐   Not Applicable ☐

**5. Certificate of Status Desired** ☐   **$8.75** Additional Fee Required

**6. Name and Address of Current Registered Agent**

BALL, BEVERLY A
4369 SW 10 PLACE #304
DEERFIELD BEACH FL 33442

**7. Name and Address of New Registered Agent**

Name

Street Address (P.O. Box Number is Not Acceptable)

City _____ FL   Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE  Beverly A. Ball   Beverly A. Ball   02/15/01.
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

**FILE NOW!!! FEE IS $150.00**
After MAY 1, 2001 Fee will be $550.00
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution. ☐   **$5.00** May Be Added to Fees

| 11. OFFICERS AND DIRECTORS | | 12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|
| TITLE **P**<br>NAME **BALL, BEVERLY**<br>STREET ADDRESS **4369 SW 10 PLACE #304**<br>CITY-ST-ZIP **DEERFIELD BEACH FL 33442** | ☒ Delete | TITLE ~~President~~<br>NAME ~~Beverly A. Ball~~<br>STREET ADDRESS ~~116 N. Federal Lane~~<br>CITY-ST-ZIP ~~Doral Springs FL 330 Ho.~~ | ☒ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE President<br>NAME Beverly A. Ball Highway<br>STREET ADDRESS 116 N. Federal<br>CITY-ST-ZIP Deerfield Beach FL 33441. | ☒ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** Beverly A. Ball   02/15/01   954-233-5363
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

# 2002 UNIFORM BUSINESS REPORT (UBR)

**FILED**
**Mar 13, 2002 8:00 am**
**Secretary of State**
03-13-2002 90045 047 ***150.00

030543 AV

## DOCUMENT #   P99000063286

**1. Entity Name**
4UDIRECT, INC.

| Principal Place of Business | Mailing Address |
|---|---|
| 116 NORTH FEDERAL HWY.<br>DEERFIELD BEACH FL 33424 | 116 NORTH FEDERAL HWY.<br>DEERFIELD BEACH FL 33424 |

DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | 6174 NW 123rd Lane<br>Suite, Apt. #, etc. |
| City & State | City & State   Coral Springs |
| Zip | Country | Zip 33076 | Country Broward USA |

**4. FEI Number** 65-0937940   | Applied For | Not Applicable

5. Certificate of Status Desired ☐   $8.75 Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| BALL, BEVERLY A<br>4369 SW 10 PLACE #304<br>DEERFIELD BEACH FL 33442 | Name Beverly A. Shanahan<br>Street Address (P.O. Box Number is Not Acceptable) 6174 N.W. 123rd Lane<br>City Coral Springs   FL   Zip Code 33076 |

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: Beverly A. Shanahan   2/26/02.
Signature, typed or printed name of registered agent and title if applicable   (NOTE: Registered Agent signature required when reinstating)   DATE

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so.
(See criteria on back) ☐

**FILE NOW!!! FEE IS $150.00**
After May 1, 2002 fee will be $550.00
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution. ☐   $5.00 May Be Added to Fees

| 11. | OFFICERS AND DIRECTORS | | 12. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|---|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | P<br>BALL, BEVERLY A<br>116 N. FEDERAL HIGHWAY<br>DEERFIELD BEACH FL 33441 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | Beverly A. Shanahan ☑Change ☐Addition<br>116 N. Federal Highway<br>Deerfield Beach FL 33441 |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |

CR2E034 (9/01)

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: Beverly A. Shanahan   2/27/02. (954) 334-2059.
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

# P9900006328E



**HOME LOAN CORPORATION**

116 N. Federal Highway
Deerfield Beach, Florida 33441

*Address Correction Requested*

```
000008327090--0
-10/11/02--01020--007
*****35.00  *****35.00
```

Office Use Only

## CORPORATION NAME(S) & DOCUMENT NUMBER(S), (if known):

1. _____
   (Corporation Name)              (Document #)

2. _____ *amend*
   (Corporation Name)              (Document #)

3. _____
   (Corporation Name)              (Document #)

4. _____
   (Corporation Name)              (Document #)

☐ Walk in      ☐ Pick up time _____      ☐ Certified Copy
☐ Mail out     ☐ Will wait      ☐ Photocopy      ☐ Certificate of Status

FILED 02 OCT 25 AM 12: 47 SECRETARY OF STATE TALLAHASSEE, FLORIDA

### NEW FILINGS
☐ Profit
☐ Not for Profit
☐ Limited Liability
☐ Domestication
☐ Other

### AMENDMENTS
☐ Amendment
☐ Resignation of R.A., Officer/Director
☐ Change of Registered Agent
☐ Dissolution/Withdrawal
☐ Merger

### OTHER FILINGS
☐ Annual Report
☐ Fictitious Name

### REGISTRATION/QUALIFICATION
☐ Foreign
☐ Limited Partnership
☐ Reinstatement
☐ Trademark
☐ Other

CR2E031(7/97)

| Examiner's Initials | |
|---|---|
| | 10/28/02 |

X00789, 00524, 00671



## FLORIDA DEPARTMENT OF STATE
### Jim Smith
#### Secretary of State

October 15, 2002

National Home Loan Corporation
116 N. Federal Highway
Deerfield Beach, FL 33441

SUBJECT: 4UDIRECT, INC.
Ref. Number: P99000063286

We have received your document for 4UDIRECT, INC. and your check(s) totaling $35.00. However, the enclosed document has not been filed and is being returned for the following correction(s):

You will need to file Articles of Amendment in order to change the officers. I have enclosed an amendment form for your convenience that you may fill out and return to us.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6907.

Annette Ramsey
Document Specialist

Letter Number: 202A00057490

RECEIVED
02 OCT 25 AM 9: 13
DIVISION OF CORPORATIONS

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF INCORPORATION
# OF

4uDirect, Inc.

(present name)

P99000063286

(Document Number of Corporation (If known)

*SECRETARY OF STATE*
*TALLAHASSEE, FLORIDA*
*02 OCT 25 AM 12:47*
*FILED*

*Pursuant to the provisions of section 607.1006, Florida Statutes, this Florida profit corporation adopts the following articles of amendment to its articles of incorporation:*

**FIRST:** Amendment(s) adopted: *(indicate article number(s) being amended, added or deleted)*

Article VI Added:

- Beverly Ann Ball resigns as President of 4uDirect, Inc.
- Beverly Ann Ball accepts appointment as Vice-President and Director of 4uDirect, Inc.
- Patrick C. Shanahan accepts appointment as President and Director of 4uDirect, Inc.
- N. Wayne Rioux accepts appointment as Secretary, Treasurer, and Director of 4uDirect, Inc.

**SECOND:** If an amendment provides for an exchange, reclassification or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself, are as follows:

**THIRD:**   The date of each amendment's adoption:   September 16, 2002   .

**FOURTH:**   Adoption of Amendment(s) **(CHECK ONE)**

☑   The amendment(s) was/were approved by the shareholders.  The number of votes cast
for the amendment(s) was/were sufficient for approval.

☐   The amendment(s) was/were approved by the shareholders through voting groups.
*The following statement must be separately provided for each voting group entitled to vote
separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient
for approval by _____."
                                          voting group

☐   The amendment(s) was/were adopted by the board of directors without shareholder
action and shareholder action was not required.

☐   The amendment(s) was/were adopted by the incorporators without shareholder action and
shareholder action was not required.

Signed this   23   day of   October   , 2002   .

Signature   Beverly A. Ball
(By the Chairman or Vice Chairman of the Board of Directors, President  or other officer if adopted by
the shareholders)

OR

(By a director if adopted by the directors)

OR

(By an incorporator if adopted by the incorporators)

Beverly Ann Ball
                    Typed or printed name

Vice-President
                    Title

# 2003 FOR PROFIT CORPORATION
# UNIFORM BUSINESS REPORT (UBR)

APPROVED
AND
FILED

| DOCUMENT # | P99000063286 |
|---|---|

**1. Entity Name**
4UDIRECT, INC.

03 FEB 26  AM 9:28

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

| Principal Place of Business | Mailing Address |
|---|---|
| 6174 NW 123RD LANE | 6174 NW 123RD LANE |
| CORAL SPRINGS FL 33076 | CORAL SPRINGS FL 33076 |

☐ CHECK HERE IF MAKING CHANGES

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| 401 Fairway Drive | |
| Suite, Apt. #, etc.  200 | Suite, Apt. #, etc. |
| City & State  Deerfield Beach FL | City & State |
| Zip 33441  Country U.S. | Zip  Country |

**4. FEI Number** 65-0937940    ☐ Applied For  ☐ Not Applicable

**5. Certificate of Status Desired** ☐  **$8.75** Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| SHANAHAN, BEVERLY A<br>6174 NW 123RD LANE<br>CORAL SPRINGS FL 33076 | Name<br>Street Address (P.O. Box Number is Not Acceptable)<br>City    FL    Zip Code |

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE  *Beverly A. Shanahan*   Registered Agent   2.18.03.
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

FILE NOW!!! FEE IS $150.00
After May 1, 2003 Fee will be $550.00
Make Check Payable to Florida Department of State

**9.** Election Campaign Financing Trust Fund Contribution. ☐  **$5.00** May Be Added to Fees

| 10. | OFFICERS AND DIRECTORS | | 11. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | | |
|---|---|---|---|---|---|---|
| TITLE | VD | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | BALL, BEVERLY A | | NAME | 400012977834 | | |
| STREET ADDRESS | 6174 NW 123RD LANE | | STREET ADDRESS | 02/24/03--01011--001  **$150.00 | | |
| CITY-ST-ZIP | CORAL SPRINGS FL 33076 | | CITY-ST-ZIP | | | |
| TITLE | PD | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | SHANAHAN, PATRICK C | | NAME | 400012977834 | | |
| STREET ADDRESS | 6174 NW 123RD LANE | | STREET ADDRESS | 02/28/03--01078--014  **$87.50 | | |
| CITY-ST-ZIP | CORAL SPRINGS FL 33076 | | CITY-ST-ZIP | | | |
| TITLE | STD | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | RIOUX, N. WAYNE | | NAME | | | |
| STREET ADDRESS | 6174 NW 123RD LANE | | STREET ADDRESS | | | |
| CITY-ST-ZIP | CORAL SPRINGS FL 33076 | | CITY-ST-ZIP | | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Addition |
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |

**12.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: *Sbaraturec re Blad*  Vice President  2.18.03  954-233-5363
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

CR2E034 (10/02)

P99000063286



900015050249

04/04/03--01054--025   **43.75

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

Amend/cc
(1a  4/14/03

FILED
03 APR -4 PM 4: 01
SECRETARY OF STATE
TALLAHASSEE, FLORIDA



**Nations**
HOME LENDING CENTER

401 Fairway Drive, Suite 200, Deerfield Beach, FL 33441

Phone: (954) 233-5363 • Toll Free: 1-800-749-5363
Fax: Main/Sales Department: (954) 233-5626
Fax: Processing Department: (954) 233-5374

April 3, 2003

Department of State
Division of Corporations
Amendment Section
409 E. Gaines Street
Tallahassee, FL 32399

Re: Articles of Amendment

Gentleman,

Please find enclosed an amendment to our articles of incorporation for 4UDirect, Inc.

Please find enclosed a check in the amount of $43.75 for the filing fee and certified documents. Please return in the pre-paid Federal Express envelope.

If you have any questions please feel free to contact me.

Thank you,

Beverly C. Ball.

Beverly A. Ball
Vice-President
4UDirect, Inc.

Enclosure

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
03 APR -4  PM 4: 01
FILED

## ARTICLES OF AMENDMENT
## TO
## ARTICLES OF INCORPORATION
## OF



4uDirect, Inc.
(present name)

P99 000063286
(Document Number of Corporation (If known)

*Pursuant to the provisions of section 607.1006, Florida Statutes, this Florida profit corporation adopts the following articles of amendment to its articles of incorporation:*

**FIRST:** Amendment(s) adopted: *(indicate article number(s) being amended, added or deleted)*

Article VI: amended.

- N. Wayne Rioux resigns as Secretary, Treasurer, and Director of 4uDirect. Inc.

- Beverly Ann Bail accepts appointment as Secretary.

**SECOND:** If an amendment provides for an exchange, reclassification or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself, are as follows:

**THIRD:**  The date of each amendment's adoption:___April 3, 2003___.

**FOURTH:**  Adoption of Amendment(s) (CHECK ONE)

    ☑    The amendment(s) was/were approved by the shareholders.  The number of votes cast for the amendment(s) was/were sufficient for approval.

    ❑    The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

            "The number of votes cast for the amendment(s) was/were sufficient for approval by _____."

                                  (voting group)

    ❑    The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

    ❑    The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Signed this __3 rd__ day of __April__ __2003__.

Signature __Beverly A. Ball__

(By the Chairman or Vice Chairman of the Board of Directors, President or other officer if adopted by the shareholders)

OR

(By a director if adopted by the directors)

OR

(By an incorporator if adopted by the incorporators)

__Beverly Ann Ball__

(Typed or printed name)

__Vice-President__

(Title)

# 2004 FOR PROFIT CORPORATION
## ANNUAL REPORT

**FILED**
**Mar 23, 2004 8:00 am**
**Secretary of State**
03-23-2004 90005 003 ***150.00

## DOCUMENT # P99000063286

**1.** Entity Name
**4UDIRECT, INC.**

| Principal Place of Business | Mailing Address |
|---|---|
| 401 FAIRWAY DRIVE 200 DEERFIELD BEACH, FL 33441 | 401 FAIRWAY DRIVE 200 DEERFIELD BEACH, FL 33441 |

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip | Country | Zip | Country |

02292004   Chg-P   CR2E034 (10/03)

| 4. FEI Number 65-0937940 | Applied For / Not Applicable |
|---|---|
| 5. Certificate of Status Desired ☐ | **$8.75** Additional Fee Required |

**6. Name and Address of Current Registered Agent**

SHANAHAN, BEVERLY A
6174 NW 123RD LANE
CORAL SPRINGS, FL 33076

**7. Name and Address of New Registered Agent**

Name

Street Address (P.O. Box Number is Not Acceptable)

City | **FL** | Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.   (NOTE: Registered Agent signature required when reinstating)   DATE

**FILE NOW!!! FEE IS $150.00**
**After May 1, 2004 Fee will be $550.00**

**9.** Election Campaign Financing
Trust Fund Contribution. ☐

**$5.00** May Be Added to Fees

| 10. OFFICERS AND DIRECTORS | 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|
| TITLE VDS ☑ Delete | TITLE VDS ☑ Change ☐ Addition |
| NAME BALL, BEVERLY A | NAME Beverly Shanahan |
| STREET ADDRESS 6174 NW 123RD LANE | STREET ADDRESS 6174 NW 123 rd Lane |
| CITY-ST-ZIP CORAL SPRINGS, FL 33076 | CITY-ST-ZIP Coral Springs. FL 33076 ☐ Change ☐ Addition |
| TITLE PD ☐ Delete | TITLE |
| NAME SHANAHAN, PATRICK C | NAME |
| STREET ADDRESS 6174 NW 123RD LANE | STREET ADDRESS |
| CITY-ST-ZIP CORAL SPRINGS, FL 33076 | CITY-ST-ZIP |
| TITLE ☐ Delete | TITLE ☐ Change ☐ Addition |
| NAME | NAME |
| STREET ADDRESS | STREET ADDRESS |
| CITY-ST-ZIP | CITY-ST-ZIP |
| TITLE ☐ Delete | TITLE ☐ Change ☐ Addition |
| NAME | NAME |
| STREET ADDRESS | STREET ADDRESS |
| CITY-ST-ZIP | CITY-ST-ZIP |
| TITLE ☐ Delete | TITLE ☐ Change ☐ Addition |
| NAME | NAME |
| STREET ADDRESS | STREET ADDRESS |
| CITY-ST-ZIP | CITY-ST-ZIP |
| TITLE ☐ Delete | TITLE ☐ Change ☐ Addition |
| NAME | NAME |
| STREET ADDRESS | STREET ADDRESS |
| CITY-ST-ZIP | CITY-ST-ZIP |

**12.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _Beverly A. Shanahan_   3·18·04
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

# 2005 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Feb 04, 2005**
**Secretary of State**

## DOCUMENT# P99000063286

**Entity Name:** 4UDIRECT, INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 401 FAIRWAY DRIVE<br>200<br>DEERFIELD BEACH, FL 33441 | 401 FAIRWAY DRIVE<br>SUITE 200<br>DEERFIELD BEACH, FL 33441 |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 401 FAIRWAY DRIVE<br>200<br>DEERFIELD BEACH, FL 33441 | 401 FAIRWAY DRIVE<br>SUITE 200<br>DEERFIELD BEACH, FL 33441 |

**FEI Number: 65-0937940**       **FEI Number Applied For ( )**       **FEI Number Not Applicable ( )**       **Certificate of Status Desired ( )**

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| SHANAHAN, BEVERLY A<br>6174 NW 123RD LANE<br>CORAL SPRINGS, FL  33076    US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

               Electronic Signature of Registered Agent                                   Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | VDS    ( ) Delete |
| Name: | SHANAHAN, BEVERLY |
| Address: | 6174 NW 123RD LANE |
| City-St-Zip: | CORAL SPRINGS, FL  33076 |

| | |
|---|---|
| Title: | PD    ( ) Delete |
| Name: | SHANAHAN, PATRICK C |
| Address: | 6174 NW 123RD LANE |
| City-St-Zip: | CORAL SPRINGS, FL  33076 |

## ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:

| | |
|---|---|
| Title: | VDS    (X) Change ( ) Addition |
| Name: | SHANAHAN, BEVERLY |
| Address: | 401 FAIRWAY DRIVE SUITE 200 |
| City-St-Zip: | DEERFIELD BEACH, FL  33441 |

| | |
|---|---|
| Title: | PD    (X) Change ( ) Addition |
| Name: | SHANAHAN, PATRICK C |
| Address: | 401 FAIRWAY DRIVE SUITE 200 |
| City-St-Zip: | DEERFIELD BEACH, FL  33441 |

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Section 119.07(3)(i), Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  BEVERLY SHANAHAN                     VDS             02/04/2005

               Electronic Signature of Signing Officer or Director                            Date

# 2006 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jan 19, 2006**
**Secretary of State**

## DOCUMENT# P99000063286

**Entity Name:** 4UDIRECT, INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|

401 FAIRWAY DRIVE
SUITE 200
DEERFIELD BEACH, FL  33441

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|

401 FAIRWAY DRIVE
SUITE 200
DEERFIELD BEACH, FL  33441

**FEI Number: 65-0937940**      **FEI Number Applied For ( )**      **FEI Number Not Applicable ( )**      **Certificate of Status Desired ( )**

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|

SHANAHAN, BEVERLY A
6174 NW 123RD LANE
CORAL SPRINGS, FL  33076      US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:
_____
                    Electronic Signature of Registered Agent                                          Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

Title:          VDS          ( ) Delete
Name:        SHANAHAN, BEVERLY
Address:     401 FAIRWAY DRIVE SUITE 200
City-St-Zip:  DEERFIELD BEACH, FL  33441

Title:          PD          ( ) Delete
Name:        SHANAHAN, PATRICK C
Address:     401 FAIRWAY DRIVE SUITE 200
City-St-Zip:  DEERFIELD BEACH, FL  33441

## ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:

Title:                              ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

Title:                              ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the for the exemption stated in Chapter 119, Florida Statutes.  I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  BEVERLY SHANAHAN                                      VP                      01/19/2006
                    Electronic Signature of Signing Officer or Director                                          Date

P99000063286

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

┌─────────────────────────────────────────┐
│ Special Instructions to Filing Officer:   │
│                                           │
│                                           │
│                                           │
│                                           │
│                                           │
└─────────────────────────────────────────┘

Office Use Only



400078940134

08/31/06--01024--002   **35.00

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
06 AUG 31 AM 9:57
FILED

ßs 9/1/06
20

# COVER LETTER

**TO:**   Amendment Section
Division of Corporations

**SUBJECT:**  4UDIRECT, INC
(Name of Corporation)

**DOCUMENT NUMBER:**  P9900006286

The enclosed Statement of Change of Registered Office/Agent and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Beverly Shanahan
(Name of Contact Person)

4UDIRECT, INC.
(Firm/Company)

401 Fairway Drive-Suite 200
(Address)

Deerfield Beach, FL 33441
(City/State and Zip Code)

For further information concerning this matter, please call:

Beverly Shanahan                    at ( 954 ) 233-5363   ext 241
(Name of Contact Person)              (Area Code & Daytime Telephone Number)

Enclosed is a $35.00 check made payable to the Department of State.

| **Mailing Address:** | **Street Address:** |
|---|---|
| Amendment Section | Amendment Section |
| Division of Corporations | Division of Corporations |
| P.O. Box 6327 | Clifton Building |
| Tallahassee, FL 32314 | 2661 Executive Center Circle |
| | Tallahassee, FL 32301 |

CR2E045 (8/05)

## STATEMENT OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT OR BOTH
## FOR CORPORATIONS

*Pursuant to the provisions of sections 607.0502, 617.0502, 607.1508, or 617.1508, Florida Statutes, this statement of change is submitted for a corporation organized under the laws of the State of* Florida _____ *in order to change its registered office or registered agent, or both, in the State of Florida.*

1. The name of the corporation: 4UDIRECT, INC.

2. The principal office address: 401 Fairway Drive-Suite 200

3. The mailing address (if different): _____

4. Date of incorporation/qualification: 07/09/1999     Document number: P9900006286

5. The name and street address of the current registered agent and registered office on file with the Florida Department of State:

   Beverly Shanahan

   6174 NW 123 Lane

   Coral Springs, FL 33076

6. The name and street address of the new registered agent (if changed) and /or registered office (if changed):

   Beverly Shanahan

   401 Fairway Drive-Suite 200
   (P.O. Box NOT acceptable)

   Deerfield Beach, FL 33441

The street address of its registered office and the street address of the business office of its registered agent, as changed will be identical.

Such change was authorized by resolution duly adopted by its board of directors or by an officer so authorized by the board, or the corporation has been notified in writing of the change.

_____
(Signature of an officer or director)

Patrick Shanahan    President
(Printed or typed name and title)

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligation of my position as registered agent. Or, if this document is being filed merely to reflect a change in the registered office address, I hereby confirm that the corporation has been notified in writing of this change.*

_____         August 22, 2006
(Signature of Registered Agent)                 (Date)

If signing on behalf of an entity:

Beverly Shanahan
(Typed or Printed Name)

* * * FILING FEE: $35.00 * * *

MAKE CHECKS PAYABLE TO FLORIDA DEPARTMENT OF STATE
MAIL TO: DIVISION OF CORPORATIONS, P.O. BOX 6327, TALLAHASSEE, FL 32314

CR2E045 (8/05)

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
06 AUG 31 AM 9: 57
FILED

# 2007 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Apr 30, 2007**
**Secretary of State**

DOCUMENT# P99000063286

**Entity Name:** 4UDIRECT, INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 401 FAIRWAY DRIVE<br>SUITE 200<br>DEERFIELD BEACH, FL 33441 | 5944 CORAL RIDGE DRIVE<br>SUITE 309<br>CORAL SPRINGS, FL 33076 |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 401 FAIRWAY DRIVE<br>SUITE 200<br>DEERFIELD BEACH, FL 33441 | 5944 CORAL RIDGE DRIVE<br>SUITE 309<br>CORAL SPRINGS, FL 33076 |

**FEI Number: 65-0937940**     **FEI Number Applied For ( )**     **FEI Number Not Applicable ( )**     **Certificate of Status Desired ( )**

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| SHANAHAN, BEVERLY A<br>401 FAIRWAY DRIVE<br>SUITE 200<br>DEERFIELD BEACH, FL 33441 US | ARMPRIESTER LAW OFFICES<br>1350 E. NEWPORT CENTER DRIVE<br>SUITE 101<br>DEERFIELD BEACH, FL 33442 US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: JA                                                         04/30/2007

_____                    _____
Electronic Signature of Registered Agent                              Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

| Title: | VDS       ( ) Delete |
|---|---|
| Name: | SHANAHAN, BEVERLY |
| Address: | 401 FAIRWAY DRIVE SUITE 200 |
| City-St-Zip: | DEERFIELD BEACH, FL 33441 |

| Title: | PD       ( ) Delete |
|---|---|
| Name: | SHANAHAN, PATRICK C |
| Address: | 401 FAIRWAY DRIVE SUITE 200 |
| City-St-Zip: | DEERFIELD BEACH, FL 33441 |

## ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:

| Title: | VDS       (X) Change  ( ) Addition |
|---|---|
| Name: | SHANAHAN, BEVERLY |
| Address: | 5944 CORAL RIDGE DRIVE #309 |
| City-St-Zip: | CORAL SPRINGS, FL 33076 |

| Title: | PD       (X) Change  ( ) Addition |
|---|---|
| Name: | SHANAHAN, PATRICK C |
| Address: | 5944 CORAL RIDGE DRIVE #309 |
| City-St-Zip: | CORAL SPRINGS, FL 33076 |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  BEVERLY SHANAHAN                        VP                04/30/2007

_____                    _____
Electronic Signature of Signing Officer or Director                      Date

# P99D00063286

---

(Requestor's Name)

---

(Address)

---

(Address)

---

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

---

(Business Entity Name)

---

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



300106156383

07/18/07--01035--001   **35.00



Off Resign
Theirs

2007 JUL 18 PM 2: 57
SECRETARY OF STATE
TALLAHASSEE. FLORIDA

FILED

## COVER LETTER

**TO:**   Amendment Section
         Division of Corporations

**SUBJECT:** _4uDirect, Inc._
                (Name of Corporation)

**DOCUMENT NUMBER:** _P99000063286_

The enclosed Officer/Director Resignation for a Corporation and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Beverly Shanahan_
(Name of Person)

_4uDirect.Inc._
(Name of Firm/Company)

_6174 N.W. 123rd Lane_
(Address)

_Coral Springs. FL 33076_
(City/State and Zip Code)

For further information concerning this matter, please call:

_Beverly Shanahan_ at ( _954_ ) _818·0572_
(Name of Person)         (Area Code & Daytime Telephone Number)

Enclosed is a check for $35.00 made payable to the Florida Department of State.

**Street Address:**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL  32301

**Mailing Address:**
Amendment Section
Division of Corporations
Post Office Box 6327
Tallahassee, FL  32314

CR2E044(08/05)

## OFFICER / DIRECTOR RESIGNATION
## FOR A CORPORATION

*FILED*

2007 JUL 18 PM 2: 57

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

I, __Patrick Shanahan__ , hereby resign as __President__

(Title)

of __4UDirect. Inc.__ ,

(Name of Corporation)

__P99000063286__ , a corporation organized under the laws of the State of

(Document Number, if known)

__Florida__ .

_____
(Signature of resigning officer/director)

**FILING FEE IS $35.00**

**Make checks payable to Florida Department of State and mail to:**

Amendment Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

P99000063286

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500156380885

06/15/09--01017--021  **35.00

FILED
09 JUN 15 PM 2:04
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

R.A. Resign
C.COULLIETTE
JUN 16 2009
EXAMINER

## COVER LETTER

**TO:**   Amendment Section
Division of Corporations

**SUBJECT:** 4uDirect, Inc
_____
(Name of Corporation)

**DOCUMENT NUMBER:** P99000063286
_____

The enclosed Resignation of Registered Agent for a Corporation and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

Jacob Armpriester
_____
(Name of Person)

Armpriester Law Offices
_____
(Name of Firm/Company)

P.O Box 970814
_____
(Address)

Boca Raton, FL 33497
_____
(City/State and Zip Code)

For further information concerning this matter, please call:

Jacob Armpriester                     at (   561   )   239-5225
_____        _____
(Name of Person)                       (Area Code & Daytime Telephone Number)

Enclosed is a check made payable to the Florida Department of State for $87.50 for an active corporation
or $35.00 for an administratively dissolved, voluntarily dissolved or withdrawn corporation.

**Street Address:**
Amendment Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

**Mailing Address:**
Amendment Section
Division of Corporations
Post Office Box 6327
Tallahassee, FL 32314

CR2E046(08/05)

# RESIGNATION OF REGISTERED AGENT
# FOR A CORPORATION

Pursuant to the provisions of sections 607.0502(2), 617.0502(2), 607.1509, or 617.1509,

Florida Statutes, the undersigned,   Jacob Armpriester
(Name of Registered Agent)

hereby resigns as Registered Agent for   4uDirect, Inc.
(Name of Corporation)

P99000063286
(Document Number, if known)

A copy of this resignation was mailed to the above listed corporation at its last known address.

The agency is terminated and the office discontinued on the 31st day after the date on which this statement is filed.

(Signature of Resigning Agent)

If signing on behalf of an entity:

Jacob Armpriester   Ampriester Law Offices
(Typed or Printed Name)

Registered Agent
(Capacity)

*SECRETARY OF STATE TALLAHASSEE, FLORIDA 09 JUN 15 PM 2:04 FILED*

### Fee for filing this document:
$87.50 - Active corporation
$35.00 - Administratively dissolved/voluntarily dissolved/
withdrawn corporation

**Make checks payable to Florida Department of State and mail to:**
**Division of Corporations**
**P.O. Box 6327**
**Tallahassee, FL 32314**

INSTRUMENT#:2706-PPB39AEPK: Document 142 Filed 02/02/24
04:16:03 PM, DEPUTY CLERK:BLOGGANS Pat Frank,Clerk of the Circuit Court
Hillsborough County

This space is for recording purposes only

Prepared by:   DAVID J. STERN, ESQ
Record &Return to:  900 South Pine Island Road Suite 400
Plantation, FL 33324-3920
09-78614 ASCF

MIN: 1002030-5916603192-1
MERS PHONE NUMBER: 1-888-679-6377

## ASSIGNMENT OF MORTGAGE

### KNOW ALL MEN BY THESE PRESENTS:

*THAT* MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for 4UDIRECT, INC. DBA NATIONS HOME LENDING CENTER

Residing or located at c/o WELLS FARGO BANK, N.A., 3476 STATEVIEW BLVD., FT. MILL, SC 29715 herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALT-A TRUST 2005-9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-9 residing or located at: C/O AMERICA'S SERVICING COMPANY, 3476 STATEVIEW BLVD., FT. MILL, SC 29715 herein designated as the assignee, the mortgage executed by BECKI MAAS AND RYAN MAAS, HUSBAND AND WIFE recorded in HILLSBOROUGH County, Florida at book 15381 and page 791 encumbering the property more particularly described as follows:

**LOT 20 IN BLOCK 3 OF CARROLLWOOD SUBDIVISION UNIT NO. 1, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 36, PAGE 40 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.**

together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee forever, but without recourse on the undersigned.

Pursuant to the provisions of Sec. 689.071, Florida Statutes, the within named Trustee has the power and authority to protect, conserve and to sell, or to lease, or to encumber, or otherwise to manage and dispose of the above-described mortgage and the real property encumbered thereby.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed, this 17th day of December, 2009, but effective as of the 5th day of November, 2009.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for 4UDIRECT, INC. DBA NATIONS HOME LENDING CENTER

(CORPORATE SEAL)

ATTEST:
WITNESS:

Print Name: Geraldine Johnson

WITNESS:

Print Name: Monique Santos

BY:
PRINT NAME: John Kennerty
TITLE: Assistant Secretary

STATE OF SOUTH CAROLINA
COUNTY OF YORK

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 17th day of December, 2009, within my jurisdiction, the within named John Kennerty who is personally known to me and who acknowledged to me that (s)he is Assistant Secretary and that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for 4UDIRECT, INC. DBA NATIONS HOME LENDING CENTER, and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for 4UDIRECT, INC. DBA NATIONS HOME LENDING CENTER, to do so.

WITNESS my hand and official seal in the County and State last aforesaid this 17th day of December, 2009.

OFFICIAL SEAL
Notary Public
State of South Carolina
WENDY ALBERTSON AL-HAMMADI
My Commission Expires March 10, 2018

NOTARY PUBLIC

*PBM* *F09-78614* *D1104*