IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Becki Ruth Maas ) | | Case No. 8:23-cv-02706 |
| Plaintiff ) | | Hon. Thomas B. Barber |
| ) | | |
| vs. ) | | |
| ) | | |
| THE BANK OF NEW ) | | |
| YORK MELLON, ) | | PLAINTIFF'S PETITION FOR |
| ) | | ENLARGEMENT OF TIME |
| JP MORGAN CHASE ) | | TO SUBMIT AMENDED |
| | | COMPLAINT AND RENEWED |
| BANK, N.A. ) | | APPLICATION TO PROCEED |
| Defendants ) | | WITHOUT PREPAYMENT OF FEES |

Plaintiff, Becki Ruth Maas, pursuant to Fed. R. Civ. P. 6, respectfully moves this honorable court for an enlargement of time to submit an amended complaint and a renewed application to proceed without prepayment of fees or cost in this matter by Friday April 12, 2024. In support thereof, Plaintiff states as follows:

Plaintiff, Becki Ruth Maas, commenced this lawsuit on December 2, 2023. On February 8, 2024 this Honorable Court issued orders, "On or before March 1, 2024, Plaintiff may submit an amended complaint that sets forth a factual basis for her claims and, additionally, should either submit a renewed application to proceed without prepayment of fees or costs or pay the filing fee if she wishes to proceed further.

1

Failure to file an amended complaint within the allotted time may result in dismissal of this action without further notice."

On February 14, 2024, men acting as Hillsborough County Sheriff's made a forced entry into Plaintiff's private dwelling, held Plaintiff at gunpoint, removed her from her and her offspring from their home of almost 20 years, and threatened if she came back on to the property, she would be arrested. To be clear, the land and property is sacred ground to this Plaintiff, as her and her daughters placenta is buried there. Then the men acting as Sheriff's allowed strangers to trespass by way of theft, but not limited to. The Plaintiffs belongings and private property were dumped onto the front yard by wheel barrels, while the Plaintiff stood at the curb with her dog, whom has cardiac issues, in the hot sun while neighbors passed by. Plaintiff did not consent to such a horrific act. Plaintiff noticed the men acting as Sheriff's and the trespassers that they are committing a trespass and what they were doing was wrong. Could this be considered an act of piracy? Plaintiff has been severely injured/harmed/damaged. Plaintiff is experiencing irreparable harm. Severe due process of law violations appear to have been committed by the the men acting as Hillsborough County Sheriff's Office who were noticed via registered mailings, transmittals, phone call, court documents and multiple notices at the property that the Defendants do not have standing nor did they ever, but not limited to, but all was ignored. Plaintiff is now homeless.

Plaintiff requests a brief 42 day extension of time to amend the complaint and submit a renewed application to proceed without prepayment of fees or costs.

2

## MEMORANDUM OF LAW

"When an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or is a request is made, before the original time or its extension expires; or on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1).

The brief extension sought herein is requested in good faith and not to cause undue delay in these proceedings. This is a newly filed case and it is not set for trial. As a result, granting the requested extension would not prejudice any party to this action.

Wherefore, Plaintiff Becki Ruth Maas, respectfully petitions this Honorable Court for the entry of an order:

i) Granting Plaintiff, Becki Ruth Maas petition; and

ii) Extending Plaintiff's deadline to amend the complaint and submit a renewed application to proceed without prepayment of fees or costs in this matter through and including Friday, April 12, 2024;

along with such other relief deemed just and proper under the circumstances.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the authorized representative certifies that she has attempted to reach Defendants counsels, by phone and/or email-transmittal regarding the relief sought herein. Counsel for Chase, Rebecca Rodriguez, has replied by email-transmittal, "We do not oppose 15 days, but oppose an extension to April 12,

2024." Counsel for Bank of New York Mellon has not replied to the email-transmittal or the phone call attempt; spoke with a Shawn Taylor at Deluca Law Group, who said Michael Supple was on vacation and Orlando Deluca was out of the office until Monday. It is unknown if they oppose the relief requested.

Offers to settle this matter have been initiated to both counselors for the defendants.

## CERTIFICATE OF SERVICE

i certify that on March 1, 2024, a true and correct copy of the foregoing was served on all parties listed in the attached service list.

By:/s/ *Becki R. Maas*, Authorized Representative for BECKI RUTH MAAS
℅ 4522 West Village Drive pmb#154
Tampa, Florida 33624-9998

## SERVICE LIST

Nelson Mullins Riley & Scarborough, LLP
Counsel for JPMorgan Chase Bank, N.A.
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, Florida  33394

Rebecca A. Rodriguez  Rebecca.Rodriguez@nelsonmullins.com
Terrance W. Anderson, Jr.  TW.Anderson@nelsonmullins.com
Sophie.Labarge@nelsonmullins.com
jenny.Sica@nelsonmullins.com

Deluca Law Group, PLLC
Counsel for Bank of New York Mellon
2101 NE 26th Street
Fort Lauderdale, FL  33305

Primary: service@delucalawgroup.com
Secondaries: Odeluca@delucalawgroup.com
msupple@delucalawgroup.com krobertson@delucalawgroup.com

4

Michael V. Supple, Esq.
2101 NE 26th Street, Fort Lauderdale, FL 33305
T: (954) 368-1311 | Fax: (954) 200- 8649
Bar Number: 92080  Email: msupple@delucalawgroup.com

Orlando DeLuca, Esq.
2101 NE 26th Street, Fort Lauderdale, FL 33305
T: (954) 368-1311 | Fax: (954) 200- 8649
Bar Number: 719501 Email: Odeluca@delucalawgroup.com

5